AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

URBAN ENTERPRISES, INC.
    and
RURE ASSOCIATES, INC.
    d/b/a GSR Architectural, Inc.
    d/b/a GSR Architectural Windows
    and
GARY RUSSO

CASE NUMBER   1:06CV01603

JUDGE: John D. Bates

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 09/15/2006

TO: (Name and address of Defendant)

GARY RUSSO
200 Mountain Avenue
Middlesex, NJ 08846

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

SEP 15 2006
DATE

(By) DEPUTY CLERK

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>V.<br><br>GARY RUSSO | UNITED STATES DISTRICT COURT<br>DISTRICT OF COLUMBIA<br>Docket/Index # 1:06CV01603<br><br>Affidavit of Service |

State of New Jersey
                        SS:
County of MIDDLESEX

I, **Robert F. Taylor** being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in, the State of New Jersey.

That on **October 24, 2006** at **6:50 AM**, deponent served the within named **Summons together with a copy of the Complaint in this action** upon **GARY RUSSO**, Defendant. Said service was effected at **3 PREMIER WAY, MANALAPAN, NJ 07726**, in the following manner;

By delivering thereat a true copy of each to **JANENE RUSSO, HIS WIFE**, a person of suitable age and discretion. That person was also asked by deponent whether said premises was **GARY RUSSO's** dwelling place or usual place of abode and their reply was affirmative.

**JANENE RUSSO** is described to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female**  Skin: **Caucasian**  Hair: **Black**  Age(Approx): **39**  Ht.(Approx): **5' 6"**  Wt.(Approx): **120-130 lbs**

I **Robert F. Taylor** asked, whether **GARY RUSSO** was in the military service of the State or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid, deponent avers that **GARY RUSSO** is not in the military service of the State or the United States as that term is defined in the statues of the State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on October 24, 2006

Robert F. Taylor, Process Server
LEGAL ERRANDS, INC.
1313 RACE ST
PHILADELPHIA, PA 19107
215-751-1124

CLS # 4429

Dolores J. Taylor
My commission expires 4/28/09