IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND<br>1750 New York Avenue, N.W.<br>Washington, DC  20006-5387<br><br>                              Plaintiff,<br>v.<br><br>URBAN ENTERPRISES, INC.<br>   and<br>RURE ASSOCIATES, INC.<br>  d/b/a GSR Architectural, Inc.<br>  d/b/a GSR Architectural Windows<br>   and<br>GARY RUSSO<br>  200 Mountain Avenue<br>  Middlesex, NJ  08846<br><br>                              Defendants. | Case No. 1:06-CV-01603 |

## CONSENT MOTION FOR ENLARGEMENT OF TIME

Defendants, by undersigned counsel, move for an enlargement of time to and including December 13, 2006 to file their response to the Complaint in this matter. The additional time is needed because the undersigned has only recently been engaged to represent Defendants.

Counsel for Plaintiff has advised that the Plaintiff has no objection to this motion.

Respectfully submitted,

/s/
John R. Woodrum
OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
Fifth Floor
2400 N Street, N.W.
Washington, DC  20037
Phone: (202) 887-0855
Fax: (202) 887-0866
john.woodrum@odnss.com

IT IS SO ORDERED.

_____
United States District Judge