IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>URBAN ENTERPRISES, INC., *et al.* )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>1:06-cv-1603 (JDB) |

## MOTION FOR LEAVE TO
## APPEAR PRO HAC VICE

Kent Cprek, currently being an active member in good standing of the Bar of this Court and acting as counsel on behalf of Plaintiff in the above-captioned action, respectfully applies to this Court for permission for Elizabeth A. Coleman to appear *pro hac vice* and participate in the above-captioned action, including court proceedings, on behalf of Plaintiff. In support thereof, the undersigned states as follows:

1.      Elizabeth A. Coleman is an associate with the law firm of Jennings Sigmond whose offices are located at The Penn Mutual Towers, 16th Floor, 510 Walnut Street, Philadelphia, PA 19106-3683, which represents Plaintiff in this case.

2.      Elizabeth A. Coleman graduated from the Villanova University School of Law in 2005. She is a member in good standing and admitted to practice in Pennsylvania, New Jersey and before the United States District Court for the Eastern District of Pennsylvania. Ms. Coleman is not currently suspended or disbarred in any court.

3.      Ms. Coleman's practice is devoted entirely to the representation of multiemployer funds such as the Plaintiff Fund.

178078-1

4.   Kent Cprek, a member of Jennings Sigmond has entered his appearance as local counsel for Plaintiff.

WHEREFORE, Kent Cprek requests that this Court grant leave for Elizabeth A. Coleman to appear *pro hac vice* during these proceedings.

Respectfully submitted,

JENNINGS SIGMOND

BY: /s Kent Cprek
    KENT CPREK
    D.C. Bar No. 478231
    The Penn Mutual Towers, 16th Floor
    510 Walnut Street, Independence Square
    Philadelphia, PA 19106-3683
    (215) 351-0615

Counsel for Plaintiff

Dated: January 9, 2007

178078-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>URBAN ENTERPRISES, INC., *et al.*<br><br>Defendants. | CIVIL ACTION NO.<br>1:06-cv-1603 (JDB) |

## DECLARATION OF ELIZABETH A. COLEMAN

Elizabeth A. Coleman states as follows:

1. My name is Elizabeth A. Coleman. I am an associate of the law firm of Jennings Sigmond, located at The Penn Mutual Towers, 16th Floor, 510 Walnut Street, Philadelphia, PA 19106-3683.

2. I am an attorney duly licensed to practice law in the Commonwealth of Pennsylvania and State of New Jersey and have been admitted to practice law before the Supreme Courts of the Commonwealth of Pennsylvania and State of New Jersey and the United States District Court for the Eastern District of Pennsylvania.

3. I am a member in good standing of the bars of both the Commonwealth of Pennsylvania and the State of New Jersey.

4. I have been retained as counsel for the Plaintiff in this matter.

5. I have familiarized myself with the United States District Court for the District of Columbia Local Rules of Civil Procedure.

178078-1

6. I hereby seek admission in this Court *pro hac vice* to represent Plaintiff.

        I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

Dated: January 9, 2007

/s/ Elizabeth A. Coleman
ELIZABETH A. COLEMAN

178078-1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Leave to Appear *Pro Hac Vice* and proposed Order were transmitted electronically via the ECF System and/or via first class mail, postage prepaid on the date set forth below to:

John R. Woodrum, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Fifth Floor
2400 N Street, N.W.
Washington, D.C. 20037

/s/ Kent Cprek
KENT CPREK

DATE: January 9, 2007

178078-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND ) ) ) ) Plaintiff, ) ) v. ) ) URBAN ENTERPRISES, INC., *et al.* ) ) Defendants. ) | CIVIL ACTION NO. 1:06-cv-1603 (JDB) |

**ORDER**

Upon consideration of this Motion For Leave to Appear Pro Hac Vice, it is this

_____ day of January, 2007:

ORDERED that Elizabeth A. Coleman may appear *pro hac vice* during the proceedings in the above-styled action.

BY THE COURT

Date:_____

_____
John D. Bates,                              J.
United States District Court Judge

178078-1

Copies of this Order shall be sent to:

Elizabeth A. Coleman, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA  29206-3683

John R. Woodrum, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Fifth Floor
2400 N Street, N.W.
Washington, D.C.  20037

178078-1