IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED <br> TRADES INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> URBAN ENTERPRISES, INC., *et al.* <br><br> Defendants. | CIVIL ACTION NO. <br> 1:06-cv-1603 (JDB) |

## PLAINTIFF'S MOTION FOR LEAVE TO APPEAR FOR THE SCHEDULING CONFERENCE VIA TELECONFERENCE

The Plaintiff, by undersigned counsel, requests that this Court grant Plaintiff leave to appear for the Scheduling Conference, set for January 19, 2007, at 9:00 a.m. via teleconference. In support of this Motion, Plaintiff states the following:

1. Plaintiff's counsel is located in Philadelphia, PA.

2. It would be very costly for Plaintiff's counsel to travel to Washington, D.C. to participate in the Scheduling Conference.

3. In an effort to conserve time and money, the Plaintiff seeks to conduct the Scheduling Conference via teleconference.

4. Defendant has no objection to the Plaintiff's request to appear via teleconference.

178073-1

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff leave to participate in the Initial Scheduling Conference, set for January 19, 2007, at 9:00 am via teleconference.

        Respectfully submitted,

By: /s/ Kent Cprek
    KENT CPREK (D.C. Bar No. 478231)
    JENNINGS SIGMOND, P.C.
    510 Walnut Street, Suite 1600
    Philadelphia, PA 19106

    ATTORNEY FOR PLAINTIFF

Dated:   January 11, 2007

OF COUNSEL:

ELIZABETH A. COLEMAN
JENNINGS SIGMOND, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
Telephone: (215) 351-0664
Facsimile: (215) 922-3524

178073-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>URBAN ENTERPRISES, INC., *et al.* )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>1:06-cv-1603 (JDB) |

## **ORDER**

This matter comes before the Court on the Plaintiff's uncontested Motion for Leave to Appear for the Scheduling Conference, set for January 19, 2007, at 9:00 am, via teleconference. Upon consideration of the facts set forth in Plaintiff's request, it is hereby

**ORDERED** that Plaintiff may appear for the Scheduling Conference, set for January 19, 2007, at 9:00 am, via teleconference; and it is

**FURTHER ORDERED** that the Parties will arrange the teleconference and advise the Judge's Courtroom Deputy Clerk of the details regarding the teleconference.

BY THE COURT

Date:_____

_____
John D. Bates,                    J.
United States District Court Judge

178073-1

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Leave to Appear for the Scheduling Conference Via Teleconference and proposed Order were transmitted electronically via the ECF System and/or via first class mail, postage prepaid on the date set forth below to:

John R. Woodrum, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Fifth Floor
2400 N Street, N.W.
Washington, D.C. 20037

and

Eric Stuart, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10 Madison Avenue
Suite 402
Morristown, NJ 07960

/s/ Kent Cprek
KENT CPREK

DATE: January 11, 2007

178073-1