UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> URBAN ENTERPRISES, INC., et al., <br><br> Defendants. | Civil Action No. 06-1603 (JDB) |

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference with the Court on this date, January 19, 2007, and the Joint Rule 16.3 Report previously submitted by the parties, it is hereby ORDERED as follows:

1. Any amendments to the pleadings, and any joinder of additional parties, shall be completed by not later than January 31, 2007.

2. The number of interrogatories, including parts and subparts, is limited to twenty-five (25) for plaintiff and twenty-five (25) for defendants.

3. The number of depositions is limited to ten (10) depositions by plaintiff and ten (10) depositions by defendants. However, neither plaintiff nor defendants may exceed five (5) non-party, non-expert witness depositions without leave of Court. Each deposition is limited to a maximum of seven (7) hours (excluding a one (1) hour lunch break) unless extended by agreement of the parties or otherwise permitted by the Court.

4. All discovery shall be completed by not later than April 16, 2007.

5. Dispositive motions shall be filed by not later than May 17, 2007. Opposition briefs shall be filed by not later than June 18, 2007. Reply briefs shall be filed by not later than by July 2, 2007.

6. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

7. The parties shall appear for a status conference on April 17, 2007, at 9:00 a.m.

SO ORDERED.

/s/
JOHN D. BATES
United States District Judge

Dated: January 19, 2007