IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> URBAN ENTERPRISES, INC., *et al.* ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 1:06-cv-1603 (JDB) |

## ENTRY OF APPEARANCE

TO THE CLERK:

      Please enter the appearance of Sanford G. Rosenthal, Esquire on behalf of the International Painters and Allied Trades Industry Pension Fund in the above-referenced matter.

                          Respectfully submitted,

                          JENNINGS SIGMOND, P.C.

                    BY: /s/ Sanford G. Rosenthal
                        SANFORD G. ROSENTHAL, ESQUIRE
                        (I.D. NO. 478737)
                        The Penn Mutual Towers, 16th Floor
                        510 Walnut Street, Independence Square
                        Philadelphia, PA 19106-3683
                        (215) 351-0611
Date: March 19, 2007            Attorney for Plaintiff

180997-1

## CERTIFICATE OF SERVICE

I, Sanford G. Rosenthal, Esquire, state under penalty of perjury that I caused a copy of the foregoing Entry of Appearance to be served electronically via the CM/ECF System and/or first class mail, postage prepaid on the date and to the address below:

Eric Stuart, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10 Madison Avenue
Suite 402
Morristown, NJ  07960

John R. Woodrum
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Fifth Floor
2400 N Street, N.W.
Washington, D.C.  20037
Telephone: (202) 887-0855

/s/ Sanford Rosenthal
SANFORD ROSENTHAL

DATE: March 19, 2007

180997-1