IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>URBAN ENTERPRISES, INC., *et al.* )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>1:06-cv-1603 (JDB) |

## ORDER

UPON consideration of this Joint Stipulation For Extension of Deadline For Discovery, IT IS HEREBY ORDERED that:

1. All discovery shall be completed by not later than June 15, 2007.

2. Dispositive motions shall be filed by not later than July 16, 2007. Opposition briefs shall be filed not later than August 17, 2007. Reply briefs shall be filed by not later than August 31, 2007.

SO ORDERED.

BY THE COURT:

Date:_____   By: _____
JOHN D. BATES       J.
United States District Judge

181085-1