IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> URBAN ENTERPRISES, INC., *et al.* ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 1:06-cv-1603 (JDB) |

**JOINT STIPULATION FOR EXTENSION OF DEADLINE FOR DISCOVERY**

It is stipulated and agreed by undersigned Counsel on behalf of the parties that the Court may extend each deadline set forth in the January 19, 2007 Scheduling Order by sixty (60) days and in support thereof represent the following:

1. The audit of defendant Urban Enterprises, Inc. was recently completed.

2. The parties are involved in settlement negotiations in an attempt to resolve this matter without further litigation.

3. The undersigned counsel believes that it would be in the interest of justice and conservation of judicial resources to allow the parties to settle this matter without further litigation.

/s/ Sanford Rosenthal
SANFORD G. ROSENTHAL
Bar No. 478737
ELIZABETH A. COLEMAN
*Admitted Pro Vac Vice*
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Sq.
Philadelphia, PA 19106-3683
215-351-0611/0644
Attorneys for Plaintiff

By: /s/ John Woodrum
JOHN R. WOODRUM
D.C. Bar No. 933457
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Fifth Floor
2400 N Street, N.W.
Washington, D.C. 20037
Telephone: (202) 887-0855

Attorney For Defendant

181085-1