IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>URBAN ENTERPRISES, INC., *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>) 1:06-cv-1603 (JDB)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO RESPOND TO DISCOVERY**

International Brotherhood of Painters and Allied Trades Union and Industry Pension Fund ("Plaintiff") by their counsel move this Court for an Order compelling Defendants, Urban Enterprises, Inc. ("Urban"), Rure Associates Inc., d/b/a GSR Architectural, Inc. d/b/a GSR Architectural Windows ("Rure"), and Gary Russo ("Individual Defendant" and together with Urban and Rure, "Defendants") to respond to discovery pursuant to Federal Rules of Civil Procedure Rule 37(a)(2).

The grounds for this motion are as follows:

1.   On September 15, 2006, the Plaintiff initiated this action by the filing of a Complaint which was served on Defendant on October 24, 2006, as reflected by the returns of service which were filed with this Court.

2.   Defendant filed an answer to the Complaint on or about December 12, 2006.

3.   On March 6, 2007, Plaintiff's counsel sent to Defendants' counsel its first set of Interrogatories, Request for Admissions and Request for Production of Documents. True and correct copies of the Interrogatories, Request for Admissions and Request for Production of Documents are attached as Exhibits A, B and C respectively.

182906-1

    4.      On April 9, 2007 Defendants' served their Response to Plaintiff's Request for Admissions.

    5.      On May 1, 2007, Plaintiff's counsel sent a letter to Defendants' counsel requesting that they respond to the outstanding discovery. A true and correct copy of the May 1, 2007 letter is attached as Exhibit D.

    5.      The Defendants have failed to respond to Plaintiff's Interrogatories or Requests for Production of Documents.

    6.      Defendants have not communicated to Plaintiff any reason for their failure to respond to Plaintiff's Interrogatories and Requests for Production of Documents.

    7.      Defendants must respond to Plaintiff's Interrogatories and Requests for Production of Documents within three (3) days of the entry of an Order to ensure that Plaintiff has time to review documents and responses produced by Defendants.

WHEREFORE, Plaintiff asks that the Court enter an Order:

(1)     Within three (3) days of the date of this Order, Defendants, Urban Enterprises, Inc. ("Urban"), Rure Associates Inc., d/b/a GSR Architectural, Inc. d/b/a GSR Architectural Windows ("Rure"), and Gary Russo ("Individual Defendant" and together with Urban and Rure, "Defendants") shall respond to: Plaintiff's Interrogatories (First Set) Directed to All Defendants, Plaintiff's Request for Production of Documents Directed to Urban Enterprises, Inc., and Plaintiff's Request for Production of Documents Directed to Rure Associates, Inc. d/b/a GSR Architectural, Inc., d/b/a GSR Architectural Windows.

    Respectfully submitted,

    JENNINGS SIGMOND, P.C.

BY: s/ Sanford G. Rosenthal
    SANFORD G. ROSENTHAL
    Bar No. 478737
    ELIZABETH A. COLEMAN
    (*admitted pro hac*)
    The Penn Mutual Towers, 16th Floor
    510 Walnut Street, Independence Square
    Philadelphia, PA 19106-3683
    (215) 351-0611/0644

DATE: May 10, 2007    Attorneys for the Fund

182906-1