## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, certify, under penalty of perjury, that the foregoing Plaintiff's Motion to Compel Defendant to Respond to Discovery via first class mail, on the date noted below to:

>Eric Stuart, Esquire
>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
>10 Madison Avenue
>Suite 402
>Morristown, NJ  07960

Date: <u>May 10, 2007</u>         <u>_s/Sanford G. Rosenthal_____</u>
                    SANFORD G. ROSENTHAL, ESQUIRE

182906-1