IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> URBAN ENTERPRISES, INC., *et al.* <br><br> Defendants. | ) ) ) ) ) ) ) CIVIL ACTION NO. ) 1:06-cv-1603 (JDB) ) ) ) |

## ORDER COMPELLING DEFENDANTS TO RESPOND TO DISCOVERY

Upon Plaintiff's Motion to Compel Defendant to respond to discovery and due consideration by the Court, it is ORDERED:

Within three (3) days of the date of this Order, Defendants, Urban Enterprises, Inc. ("Urban"), Rure Associates Inc., d/b/a GSR Architectural, Inc. d/b/a GSR Architectural Windows ("Rure"), and Gary Russo ("Individual Defendant" and together with Urban and Rure, "Defendants") shall respond to: Plaintiff's Interrogatories (First Set) Directed to All Defendants, Plaintiff's Request for Production of Documents Directed to Urban Enterprises, Inc., and Plaintiff's Request for Production of Documents Directed to Rure Associates, Inc. d/b/a GSR Architectural, Inc., d/b/a GSR Architectural Windows.

Date: _____

_____
John D. Bates     J.
United States District Court

182906-1