place or places as may be agreed upon by the Co-Chairmen and may be called by the said officers

upon twenty (20) days' notice to the other Trustees and may be held at any time without such notice

if all the Trustees consent thereto in writing. The Co-Chairmen may also convene a meeting of the

Trustees by telephone conference called upon five (5) days notice to the other Trustees.

Section 3.    ACTION BY TRUSTEES WITHOUT MEETING.  Action by the Trustees

may also be taken by them in writing without a meeting; provided, however, that in such cases there

shall be unanimous written concurrence by all the Trustees.

Section 4.    QUORUM (UNITED STATES).  In all meetings of the Trustees, two Trustees

shall constitute a quorum for the transaction of business providing that there is at least one Employer

and one Union Trustee present at the meeting.  The vote of any absent Trustee shall be cast by the

Trustees present, designated by the same party with the same force as if such absent Trustee was

present.  If at any time there is an unequal number of Employer and Union Trustees appointed, the

Employer Trustees and the Union Trustees shall have equal voting strength with the difference in the

number appointed treated as absent Trustees.

Section 5.    MAJORITY VOTE OF TRUSTEES (UNITED STATES).  All action by the

Trustees shall be by majority decision of the Employer and Union Trustees.  Such majority vote shall

govern not only this Article but any portion of this Agreement and Declaration of Trust which refers

to action by the Trustees.  In the event any matter presented for decision cannot be decided because

of a tie vote, or because of the lack of quorum at two consecutive meetings, the matter shall be

submitted to arbitration as hereinafter provided.

Section 6.    QUORUM AND VOTING (CANADA).  In all meetings of the Canadian

- 19 -

36479-3

Trustees, two Trustees shall constitute a quorum for the transaction of business. All action by the Trustees shall be by unit vote, with the Union Trustees having 1 vote and the Employer Trustees having 1 vote. How each such vote is cast shall be decided by majority vote within each respective unit. In the event any matter presented for decision cannot be decided because of a tie vote, or because of the lack of quorum at two consecutive meetings, the matter shall be submitted to arbitration as hereinafter provided.

Section 7.    MINUTES OF MEETINGS. The Trustees shall keep minutes of all meetings but such minutes need not be verbatim. Copies of the minutes shall be sent to all Trustees.

## ARTICLE IX

## IMPARTIAL ARBITRATOR

Section 1.    APPLICATION OF THIS ARTICLE. If the Trustees cannot agree on an arbitrator, either the Employer Trustees or the Union Trustees or both may apply to the District Court of the United States for the District in the area in which the Fund maintains its principal office (the Canadian Trustees may apply to the competent court in the jurisdiction of the Courts of Ontario) for the designation of an arbitrator who will decide any dispute among the Trustees or any other matter submitted to arbitration in accordance with the provisions of Article VIII, Sections 5 or 6. The decision of the arbitrator shall be final and binding.

Section 2.    EXPENSES OF ARBITRATION. The cost and expense incidental to any arbitration proceedings, including the fee, if any, of the impartial arbitrator, shall be proper charges against the Fund and the Trustees are authorized to pay such charges.

- 20 -

36479.3

## ARTICLE X

## EXECUTION OF AGREEMENT AND DECLARATION OF TRUST

*Section 1.*    COUNTERPARTS.  This Agreement and Declaration of Trust may be executed in any number of counterparts.  The signature of a party on any counterpart shall be sufficient evidence of his execution thereof.

*Section 2.*    WRITTEN INSTRUMENT.  An Employer may adopt and become a party to this Agreement and Declaration of Trust by executing a counterpart hereof or by executing any other written instrument wherein he agrees to participate in the Fund pursuant to the terms of this Agreement and Declaration of Trust, and upon written notification from the Trustees that he has been accepted as a Contributing Employer.

*Section 3.*    EFFECTIVE DATE.  The effective date of this Restated Agreement and Declaration of Trust is April 1, 2002.  This Restated Agreement and Declaration of Trust continues in effect, except as modified herein and by amendments duly adopted from time to time, the provisions of an Agreement and Declaration of Trust effective April 1, 1967.

## ARTICLE XI

## AMENDMENT TO AGREEMENT AND DECLARATION OF TRUST

*Section 1.*    AMENDMENT BY TRUSTEES.  This Agreement and Declaration of Trust may be amended in any respect from time to time by the Trustees, provided that each amendment shall be duly executed in writing by the Trustees.  As to any amendment, the Trustees, in their discretion, shall have power to fix the effective date thereof.  Notice of the proposed amendment shall be given at the time the notice of the meeting is given, unless waived by the Trustees.

- 21 -

36479-3

Section 2.     LIMITATION OF RIGHT TO AMENDMENT.  No amendment may be adopted which will be in conflict with the Collective Bargaining Agreements with the Union to the extent that such agreements affect contributions to the Fund created hereunder, be contrary to the laws governing trust funds of this nature, or be contrary to any agreements entered into by the Trustees.  Under no circumstances shall any amendment be adopted which will in any way alter Article XIII, Section 1.

Section 3.     NOTIFICATION OF AMENDMENT.  Whenever an amendment is adopted in accordance with this Article, a copy thereof shall be distributed to all Trustees, and the Trustees shall so notify all necessary parties and shall execute any instrument or instruments necessary in connection therewith.

## ARTICLE XII

## TERMINATION OF TRUST

Section 1.     BY THE TRUSTEES.  This Agreement and Declaration of Trust may be terminated by an instrument in writing executed by all the Trustees when there is no longer in force and effect a Collective Bargaining Agreement between an Employer and the Union requiring contributions to the Fund.

Section 2.     BY THE PARTIES.  This Agreement and Declaration of Trust may be terminated by an instrument in writing duly executed by the Employers and the Union.

Section 3.     PROCEDURE ON TERMINATION.  In the event of the termination of this Agreement and Declaration of Trust, the Trustees shall apply the Fund to pay or to provide for the payment of any and all obligations of the Fund and shall distribute and apply any remaining surplus

- 22 -

36479-3

in such manner as will, in their opinion, best effectuate the purpose of the Fund; provided, however, that no part of the corpus or income of said Fund shall be used for or diverted to purposes other than for the exclusive benefits of the employees, their families, beneficiaries or dependents, or the administrative expenses of the Fund or for other payments in accordance with the provisions of the Fund.

    *Section 4.*    NOTIFICATION OF TERMINATION.  Upon termination of the Fund in accordance with this Article, the Trustees shall forthwith notify each Local Union and/or District Council of the Union and each Employer, who are parties hereto, and also all other necessary parties; and the Trustees shall continue as Trustees for the purpose of winding up the affairs of the Trust.

## ARTICLE XIII

## MISCELLANEOUS PROVISIONS

    *Section 1.*    NON-REVERSION.  Under no circumstances shall any portion of the corpus or income of the Fund, directly or indirectly, revert or accrue to the benefit of any Contributing Employer or Local Union, and/or District Council or the Union.

    *Section 2.*    TERMINATION OF INDIVIDUAL EMPLOYERS.  An Employer shall cease to be an Employer within the meaning of this Agreement and Declaration of Trust when he is no longer obligated, pursuant to a Collective Bargaining Agreement with the Union, to make contributions to this Pension Fund, or, as determined by the Trustees, when he is delinquent in his contributions or reports to the Pension Fund.

    *Section 3.*    VESTED RIGHTS.  No Employee or any person claiming by or through such Employee, including his family, dependents, beneficiary and/or legal representative, shall have any

- 23 -

36479-3

right, title or interest in or to the Pension Fund or any property of the Pension Fund or any part thereof except as may be specifically determined by the Trustees.

Section 4.    ENCUMBRANCE OF BENEFITS.  No monies property or equity of any nature whatsoever, in the Pension Fund, or contracts or benefits or monies payable therefrom, shall be subject in any manner by an Employee or person claiming through such Employee to anticipation, alienation, sale, transfer, assignment, pledge, encumbrance, garnishment, mortgage, lien or charge, and any attempt to cause the same subject thereto shall be null and void, except for a qualified domestic relations order issued by a court of competent jurisdiction pursuant to law.

Section 5.    SITUS.  The City of Washington, D.C., shall be deemed the situs of the Trust Fund created hereunder.  All questions pertaining to validity, construction and administration shall be determined in accordance with federal law or, when applicable, the laws of the District of Columbia.

Section 6.    CONSTRUCTION OF TERMS.  Whenever any words are used in this Agreement and Declaration of Trust in the masculine gender, they shall be construed as though they were also in the feminine gender or neuter in all situations where they would so apply, and wherever any words are used in this Agreement and Declaration of Trust in the singular form, they shall be construed as though they were also used in the plural form in all situations where they would so apply, and wherever any words are used in the Agreement and Declaration of Trust in the plural form, they shall be construed as though they were also used in the singular form in all situations where they would so apply.

Section 7.    CERTIFICATION OF TRUSTEES' ACTIONS.  The Co-Chairmen of the

- 24 -

36479-3

Trustees may execute any certificate or document jointly on behalf of the Trustees and such execution shall be deemed execution by all the Trustees. All persons having dealings with the Pension Fund or with the Trustees shall be fully protected in reliance placed on such duly executed documents.

Section 8.    NOTIFICATION TO TRUSTEES. The address of each of the Trustees shall be that stated on the signature page of this Agreement and Declaration of Trust. Any change of address shall be effected by written notice to the Trustees.

Section 9.    SEVERABILITY. Should any provision in this Agreement and Declaration of Trust or in the Plan or Rules and Regulations adopted thereunder or in any Collective Bargaining Agreement be deemed or held to be unlawful or invalid for any reason, such fact shall not adversely affect the provisions herein and therein contained unless such illegality shall make impossible or impractical the functioning of the Trust and the Plan, and in such case the appropriate parties shall immediately adopt a new provision to take the place of the illegal or invalid provision.

Section 10.    TITLES. The title headings to the various Sections and Articles are for the purpose of convenience only and shall not have any legal significance apart from the text.

IN WITNESS THEREOF, the undersigned to hereby cause this instrument to be executed.

FOR THE INTERNATIONAL
UNION OF PAINTERS AND
ALLIED TRADES

BY: _____
James A. Williams
General President

FOR THE FINISHING CONTRACTORS
ASSOCIATION

BY: _____
John Frye
Chairman

- 25 -

36479-3

# INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND

United Unions Building, Suite 501
1750 New York Avenue, NW
Washington, DC 20006

Telephone: (202) 783-4884

## UNITED STATES TRUSTEES

| | |
|---|---|
| James A. Williams<br>Co-Chairman | Alvin Levine<br>Co-Chairman |
| **Union Trustees** | **Employer Trustees** |
| Kenneth E. Rigmaiden<br>George Galis<br>William D. Candelori, Jr.<br>Robert Kucheran<br>Raymond J. Price, III<br>Raymond Sesma | Aristotle G. Aivaliotis<br>Joseph Brescia<br>Robert L. Cusumano<br>Richard A. Grund<br>Michael LeGood<br>Leo J. Manta<br>Steve Sharpe |

## CANADIAN TRUSTEES

| | |
|---|---|
| James A. Williams<br>Co-Chairman | Alvin Levine<br>Co-Chairman |
| **Union Trustees** | **Employer Trustees** |
| Robert Kucheran<br>William Nicholls | Adolf Gust<br>Richard Pazdzierski |

# International Painters And Allied Trades Industry Pension Plan



## Rules and Regulations
as amended and restated as of January 1, 2003



**EXHIBIT**

6

# IUPAT INDUSTRY PENSION PLAN                                      PAGE i

## TABLE OF CONTENTS

**ARTICLE 1.    ESTABLISHMENT & CONSTRUCTION** ................................................. 1

Section 1.01    Establishment of Plan and Name ................................................ 1
Section 1.02    Purpose ............................................................................. 1
Section 1.03    Trustees ............................................................................ 1
Section 1.04    Plan Effective Date .............................................................. 1
Section 1.05    Amendment of Plan .............................................................. 2
Section 1.06    Prohibited Amendments ......................................................... 2
Section 1.07    Merger or Transfer of Plan Assets ........................................... 2
Section 1.08    Termination of Plan ............................................................. 2
Section 1.09    Termination Actions ............................................................. 3
Section 1.10    Notices ............................................................................. 3
Section 1.11    Unauthorized Representations .................................................. 3
Section 1.12    Construction ....................................................................... 3
Section 1.13    Choice of Law .................................................................... 4
Section 1.14    Severability ........................................................................ 4

**ARTICLE 2.    ADMINISTRATION** ............................................................... 4

Section 2.01    Powers Of Trustees .............................................................. 4
Section 2.02    Duties and Powers of Plan Administrator ................................... 5
Section 2.03    Discretion .......................................................................... 5
Section 2.04    Consultants ........................................................................ 5
Section 2.05    Delegation and Allocation of Responsibility ............................... 5
Section 2.06    Reliance ............................................................................ 5
Section 2.07    Limitation of Liability ........................................................... 5
Section 2.08    Indemnity ........................................................................... 6

**ARTICLE 3.    PARTICIPATION** .................................................................. 6

Section 3.01    Eligible Employees .............................................................. 6
Section 3.02    Entry Date ......................................................................... 7
Section 3.03    Termination of Participation ................................................... 7
Section 3.04    Reinstatement of Participation ................................................ 7
Section 3.05    Acceptance of a New Contributing Employer ............................... 8
Section 3.06    Acceptance of A New Affiliated Employer .................................. 8
Section 3.07    Additional Conditions ........................................................... 9
Section 3.08    Delinquent Employers ........................................................... 9
Section 3.09    Mergers ............................................................................ 10

**ARTICLE 4.    VESTING** ........................................................................... 10

Section 4.01    Vested Participant ............................................................... 10
Section 4.02    Service Vesting ................................................................... 10
Section 4.03    Age Vesting ....................................................................... 11
Section 4.04    Termination Vesting ............................................................. 11
Section 4.05    Vesting Changes ................................................................. 11
Section 4.06    Years of Vesting Service ....................................................... 11
Section 4.07    One-Year Break-in-Service ..................................................... 12
Section 4.08    Effect of One-Year Break ...................................................... 12
Section 4.09    Cure of One-Year Break ........................................................ 12
Section 4.10    Family and Medical Leave ...................................................... 13
Section 4.11    Qualified Military Service ...................................................... 13
Section 4.12    Permanent Break in Service .................................................... 14

# IUPAT INDUSTRY PENSION PLAN                                     PAGE  ii

Section 4.13    Effect of Permanent Break ........................................................................ 14

**ARTICLE 5.    ACCRUED PENSION BENEFIT CALCULATION** ........................................ 15

Section 5.01    Accrued Benefit ........................................................................................... 15
Section 5.02    Pension Benefit for Service before the Contribution Period - Qualification ....... 16
Section 5.03    Pension Benefit Credit for Service before the Contribution Period - Amount ...... 17
Section 5.05    Benefit Credit for Service during the Contribution Period ............................ 19
Section 5.06    Maximum Contribution  Rates ..................................................................... 19
Section 5.07    Extra Contributions ..................................................................................... 20
Section 5.08    Contribution Rate ........................................................................................ 20
Section 5.09    Contribution Rate Changes .......................................................................... 20
Section 5.10    Benefit Break-In-Continuity ......................................................................... 21
Section 5.11    New Groups .................................................................................................. 22
Section 5.12    Reciprocal Pension Agreements ................................................................... 22
Section 5.13    Merger Agreements ...................................................................................... 23
Section 5.14    Post-Retirement Benefit Increases ............................................................... 23

**ARTICLE 6.    PENSION BENEFIT PAYMENT** ........................................................... 24

Section 6.01    Normal Retirement Pension – Eligibility ...................................................... 24
Section 6.02    Normal Retirement Age ................................................................................ 24
Section 6.03    Normal Retirement Pension – Amount .......................................................... 24
Section 6.04    Late Retirement Pension – Eligibility ............................................................ 25
Section 6.05    Late Retirement Pension – Amount ............................................................... 25
Section 6.06    Mandatory Payment of Benefits ................................................................... 25
Section 6.07    Mandatory Payment - Amount ..................................................................... 26
Section 6.08    Special Early Retirement Pension - Eligibility .............................................. 27
Section 6.09    Special Early Retirement Pension - Amount .................................................. 28
Section 6.10    Early Retirement Pension —Eligibility .......................................................... 28
Section 6.11    Early Retirement Pension - Amount .............................................................. 28
Section 6.12    Disability Pension — Eligibility ..................................................................... 29
Section 6.13    Disability Pension - Amount ......................................................................... 30
Section 6.14    Effect of Recovery by a Disabled Pensioner ................................................. 30
Section 6.15    Early Vested Pension — Eligibility ................................................................ 31
Section 6.16    Early Vested Pension - Amount .................................................................... 31
Section 6.17    Partial Pension - Eligibility .......................................................................... 32
Section 6.18    Partial Pension - Amount ............................................................................. 32
Section 6.19    Partial Pension – Payment Forms ................................................................. 32
Section 6.20    Non-Duplication of Pensions ....................................................................... 32
Section 6.21    Taxes ........................................................................................................... 33

**ARTICLE 7.    STANDARD PENSION PAYMENT FORMS** ......................................... 33

Section 7.01    General Payment Restrictions ...................................................................... 33
Section 7.02    Commencement of Benefits Generally .......................................................... 33
Section 7.03    Married Participants - General Rules ............................................................ 34
Section 7.04    Single Participants - General Rules .............................................................. 34
Section 7.05    Small Benefits ............................................................................................. 34
Section 7.06    Husband-and-Wife Pension at Retirement — Standard Form of Benefit Payment
                for Married Participants ............................................................................... 35
Section 7.07    Waiver of Husband-and-Wife Pension .......................................................... 35
Section 7.08    Pre-retirement Surviving Spouse Pension .................................................... 37
Section 7.09    Waiver of Pre-retirement Surviving Spouse Pension ..................................... 37
Section 7.10    Pre-retirement Surviving Spouse Pension – Spouse Alternatives ................... 38
Section 7.11    Qualified Domestic Relations Orders ............................................................ 39

# IUPAT INDUSTRY PENSION PLAN                    PAGE  iii

Section 7.12    Qualified Domestic Relations Order Procedures ................................................. 39
Section 7.13    Guaranteed Five-Year Pension (Unreduced Pension) — Standard Form of Benefit
                Payment for Unmarried Participants ......................................................................... 40
Section 7.14    Pre-Retirement Death Benefit - Eligibility ............................................................. 40
Section 7.15    Post-Retirement Death Benefit – Amount ............................................................... 41
Section 7.16    Beneficiary ................................................................................................................ 41
Section 7.17    Retirement and Suspension of Benefits Before Normal Retirement Age ............... 42
Section 7.18    Pensioner Reporting of Work Before Normal Retirement Age ............................... 42
Section 7.19    Resumed Benefits Before Normal Retirement Age – Eligibility ............................ 43
Section 7.20    Resumed Benefits Before Normal Retirement Age - Amount ................................ 43
Section 7.21    Suspension of Benefits after Normal Retirement Age ............................................ 44
Section 7.22    Plan Disclosure of Suspension Rules ...................................................................... 45
Section 7.23    Pensioner Reporting of Work after Normal Retirement Age .................................. 45
Section 7.24    Advance Determinations of Suspendible Work ...................................................... 46
Section 7.25    Plan Notice of Suspension after Normal Retirement Age ...................................... 46
Section 7.26    Resumption of Benefit Payments after Normal Retirement Age - Eligibility ........ 46
Section 7.27    Resumption of Benefit Payments after Normal Retirement Age – Amount ........... 47
Section 7.28    Waiver of Suspension ............................................................................................... 48
Section 7.29    Incompetence or Incapacity of a Pensioner or Beneficiary ................................... 48
Section 7.30    Non-Assignment of Benefits .................................................................................... 48
Section 7.31    Payments to Minors ................................................................................................. 49

ARTICLE 8.     OPTIONAL FORMS OF PENSION PAYMENT ................................................. 49

Section 8.01    General ...................................................................................................................... 49
Section 8.02    Joint and Survivor Options ..................................................................................... 50
Section 8.03    Social Security (Level Income) Option ................................................................... 52
Section 8.04    Combined Level Income and Joint and Survivor Option ....................................... 52
Section 8.05    Ten Year Certain Option .......................................................................................... 53
Section 8.06    Lump Sum Payment Option ..................................................................................... 53
Section 8.07    Benefit Payment Restrictions .................................................................................. 54
Section 8.08    Trustee-to-Trustee Transfers - Rollovers ................................................................ 58

ARTICLE 9.     CLAIMS PROCEDURE & BENEFIT PAYMENTS ........................................... 60

Section 9.01    Application ................................................................................................................ 60
Section 9.02    Partial Pension - Application Procedure ............................................................... 60
Section 9.03    Information and Proof .............................................................................................. 60
Section 9.04    Trustee Discretion and Authority ............................................................................ 60
Section 9.05    Initial Claim Determination .................................................................................... 61
Section 9.06    Request for Review .................................................................................................. 61
Section 9.07    Decision on Review .................................................................................................. 61
Section 9.08    Administrative Delay ................................................................................................ 62
Section 9.09    No Rights to Assets .................................................................................................. 62

ARTICLE 10.    FUNDING ................................................................................................................ 62

Section 10.01   Funding Policy ......................................................................................................... 62
Section 10.02   Trust for Participants ............................................................................................... 62
Section 10.03   Investments .............................................................................................................. 62
Section 10.04   Source of Benefit Payments .................................................................................... 63
Section 10.05   Expenses ................................................................................................................... 63
Section 10.06   Non-Reversion .......................................................................................................... 63
Section 10.07   Employer Contributions .......................................................................................... 63
Section 10.08   Irrevocability of Contributions ............................................................................... 63
Section 10.09   Qualified Military Service Contributions ............................................................... 63

# IUPAT INDUSTRY PENSION PLAN                    PAGE  iv

Section 10.10 Return of Mistaken Contributions ............................................................ 64
Section 10.11 Delinquent Employers ............................................................................. 64
Section 10.12 Collection of Delinquent Contributions .................................................. 65

**ARTICLE 11.     CONTRIBUTING EMPLOYER WITHDRAWAL** ................................ 66

Section 11.01 Employer Withdrawal - In General ......................................................... 66
Section 11.02 Control Group Employer - Definition ..................................................... 66
Section 11.03 Construction Industry Employers - Definition ....................................... 66
Section 11.04 Complete Withdrawal - Defined .............................................................. 66
Section 11.05 Partial Withdrawal - Defined .................................................................. 67
Section 11.06 Unfunded Vested Liability ...................................................................... 67
Section 11.07 Title IV Vested Benefits ......................................................................... 67
Section 11.08 Initial Unfunded Vested Liability ........................................................... 68
Section 11.09 Annual Change in Unfunded Vested Liability ........................................ 68
Section 11.10 Reallocated Liability ............................................................................... 68
Section 11.11 Mergers ................................................................................................... 69
Section 11.12 Amount of Control Group Employer Liability for Complete Withdrawal ....... 69
Section 11.13 Employer Proportionate Share of Initial Unfunded Vested Liability ............ 70
Section 11.14 Employer Proportionate Share of Annual Changes in Unfunded Vested Liability ........ 70
Section 11.15 Apportionment Base Period ..................................................................... 71
Section 11.16 Base Period Employer Contributions ...................................................... 71
Section 11.17 Pre-1980 Terminated Unit Contributions ............................................... 72
Section 11.18 Employer Proportionate Share of Annual Charges for Reallocated Liability ...... 72
Section 11.19 Transfers of Liability .............................................................................. 72
Section 11.20 De Minimis Reduction ............................................................................ 73
Section 11.21 20-Year Payment Limitation ................................................................... 73
Section 11.22 Insolvency Reduction ............................................................................. 73
Section 11.23 Partial Withdrawal Liability - Amount ................................................... 73
Section 11.24 Payment of Withdrawal Liability ........................................................... 73
Section 11.25 Notice and Collection of Withdrawal Liability ...................................... 74
Section 11.26 Withdrawal Liability Review .................................................................. 74
Section 11.27 Withdrawal Liability Arbitration ............................................................ 75
Section 11.28 Withdrawal Liability Default .................................................................. 75
Section 11.29 Withdrawal Liability Collection Litigation ............................................ 75
Section 11.30 Withdrawal Liability Abatement – Construction Industry Employers ......... 76
Section 11.31 Withdrawal Liability Abatement – Other Employers .............................. 76
Section 11.32 Mass Withdrawal ..................................................................................... 76

**ARTICLE 12.     TAX RULES AND AFFILIATED EMPLOYERS** ................................ 76

Section 12.01 Non-Discrimination ................................................................................ 76
Section 12.02 Affiliated Employer Participation ........................................................... 77
Section 12.03 Conditional Adoption ............................................................................. 77
Section 12.04 General Affiliated Employer Rules ......................................................... 77
Section 12.05 Limitation Employer ............................................................................... 78
Section 12.06 Top-Heavy Requirements ....................................................................... 78
Section 12.07 Maximum Benefit Limit .......................................................................... 80
Section 12.08 Defined Benefit Plan Limit ..................................................................... 80
Section 12.09 Section 415 Aggregation ........................................................................ 82
Section 12.10 Maximum Benefits Coordination ............................................................ 82
Section 12.11 Restricted (High-25) Employees ............................................................. 82

**ARTICLE 13.     DEFINITIONS** ............................................................................... 83

**IUPAT INDUSTRY PENSION PLAN**                                        **PAGE 1**

## ARTICLE 1. ESTABLISHMENT & CONSTRUCTION

*Section 1.01    Establishment of Plan and Name*

The Trustees continue and restate a pension plan to be known as the International Painters And Allied Trades Industry Pension Plan which may be abbreviated as the IUPAT Industry Pension Plan.

*Section 1.02    Purpose*

The Plan has been established for the exclusive purpose of providing retirement benefits for Participants who are represented for the purpose of collective bargaining by the Union and Affiliated Employers.  It is intended to be permanent.

*Section 1.03    Trustees*

The Trustees under the Trust Agreement are the plan sponsor of the Plan and the Annuity Plan under ERISA and exercise the powers of a grantor under the Trust Agreement with respect to both plans.

*Section 1.04    Plan Effective Date*

(a)  This restated Plan is applicable to eligible Employees, Participants and their Spouses and Beneficiaries as follows.

(b)  Articles 1-4 and 7-13 apply to all eligible Employees, Participants and their Spouses and Beneficiaries.

(c)  Benefit Levels. The benefit calculation and retirement eligibility and amount provisions described in Articles 5-6 apply only to Eligible Employees and Participants who were Active Employees in the Plan as of January 1, *2003* or thereafter and before a Benefit Break-in-Continuity.

(d)  The amount of pension benefits, for participants who retired before  January 1,*2003*, as well as the amount of pension benefits and retirement eligibility of former Employees whose participation terminated prior to January 1,*2003*, are determined in accordance with the provisions of the Plan in effect at the earlier of the time the Employee or Participant left Covered Employment or retired.

(e)  The amount of  pension benefits and retirement eligibility for those who were vested inactive Participants as of January 1, *2003*, shall be those stated in the Plan document in effect at the earlier of the time the Participant left Covered Employment or retired.

**IUPAT INDUSTRY PENSION PLAN**         **PAGE 2**

*Section 1.05    Amendment of Plan*

This Plan may be amended at any time by the Trustees, consistent with the provisions of the Trust Agreement.

*Section 1.06    Prohibited Amendments*

(a) Except as provided by applicable law, an amendment of the Plan cannot:

    (1)    reduce any accrued benefit with respect to Hours of Service before the amendment;

    (2)    eliminate or reduce an early retirement benefit, retirement type subsidy or optional form of payment with respect to Hours of Service before the amendment; or

    (3)    cause Plan assets to be used or diverted to an Employer or purposes other than the exclusive benefit of Participants, Spouses and Beneficiaries and payment of reasonable expenses of the Plan.

(b) The Plan will provide written notice of a significant reduction in the rate of future benefit accrual to Plan Participants, Alternate Payees, and employee organizations in accordance with applicable law.

*Section 1.07    Merger or Transfer of Plan Assets*

The Trustees may merge, consolidate or transfer Plan assets or liabilities to another qualified pension plan under IRC 401 in accordance with ERISA. The accrued benefit of each Participant after the merger, consolidation or transfer will not be less than before the merger, consolidation or transfer.

*Section 1.08    Termination of Plan*

The Plan will terminate upon:

(a) the adoption of an amendment to the Plan providing that no Participant will receive credit for any purpose under the Plan for Hours of Service with any Employer after the date specified by the amendment,

(b) the Complete Withdrawal of substantially all Control Group Employers from the Plan.

(c) the adoption of an amendment to the Plan causing the Plan to become a defined contribution pension plan, or

(d) termination of the Plan by the Trustees.

**IUPAT INDUSTRY PENSION PLAN**                                                      **PAGE 3**

*Section 1.09    Termination Actions*

(a) Upon termination of the Plan, the Trustees will:

      (1)     file all notices, reports and other documents required by law, to terminate the Plan.

      (2)     notify the Union and Employees and, as required by law, others of the termination.

      (3)     apply all Plan assets as required by law to pay administrative expenses of the termination and benefits to Employees, Participants, Spouses and Beneficiaries and allocate or distribute any residual Plan assets to effectuate the purposes set forth in the Trust Agreement.

(b) The termination of the Plan will not terminate the obligation to pay benefits accrued to the date of termination and administrative expenses of the Plan or payment and collection of Withdrawal Liability and other responsibilities, duties or services required by law or necessary or appropriate for the terminated Plan.

*Section 1.10    Notices*

Any notice to the Plan must be written and properly deposited for first class mail delivery to the Plan office. Any notice from the Plan is sufficient if written and deposited for first class mail delivery to the most recent address of the person or organization in the records of the Trust or Plan.

*Section 1.11    Unauthorized Representations*

The Plan shall not be bound by the representations of any person, other than the Trustees or those specifically designated by them to make such representations, regarding participation in and eligibility for benefits under this Plan, status of Employers and Employees or any other matter relating to the Plan.

*Section 1.12    Construction*

(a) The Trust Agreement and Plan will be construed to maintain qualified status under the IRC.

(b) Unless the context or subject matter otherwise requires, the definition of capitalized words and phrases in the Definitions section shall govern in the Plan unless a different meaning is plainly required by context.

(c) Terms may be defined by cross-reference to the use of the same or a similar term in a section of the Plan document, the Internal Revenue Code ("IRC" or "Code") or the Employee Retirement Income Security Act ("ERISA"). A reference to the IRC includes any ERISA counterpart and vice versa.. Statutory IRC and ERISA terms have the same meaning as the statutory term or phrase, unless otherwise defined.

**IUPAT INDUSTRY PENSION PLAN**                                    **PAGE 4**

(d) The use of any word or phrase includes all related terms or synonyms fairly required by context.

(e) The definition of a noun defines the corresponding verb.

(f) A masculine, feminine or neuter pronoun includes the other genders.

(g) The use of the present verb tense includes all other tenses.

(h) The singular includes the plural and the plural the singular.

(i) "Or" includes "and" and "the" includes "a" or "an".

(j) The verb "include" and variants are not limiting.

(k) The Trust Agreement, Plan and related documents will be construed as a consistent set of documents with differences of language considered matters of style rather than an indication of different legal obligations absent a change in governing law or other clear indication of an intended substantive difference.

*Section 1.13    Choice of Law*

The Plan is governed by federal law and, where reference to state law is necessary or appropriate, will be administered and construed under the internal laws of the District of Columbia (excluding conflict of laws principles).

*Section 1.14    Severability*

(a) If any part of the Plan is illegal, unenforceable or impracticable, it will be modified or removed in the manner most consistent with the purpose of the Trust Agreement and Plan. The remainder of the Trust Agreement and Plan will continue in full force and effect.

(b) If the Plan fails to provide any service credit, benefit, right or feature under applicable law, the Plan will be applied to provide the minimum credit or payment required by applicable law, without regard to other Plan provisions, and be deemed to include or incorporate any Plan language required for such purposes.

## ARTICLE 2.  ADMINISTRATION

*Section 2.01    Powers Of Trustees*

The Trustees are the plan administrator and named fiduciary of the Plan under ERISA.  They administer the Plan under the procedures in the Trust Agreement. They have all authority and discretion to manage and control the Plan and Plan assets that is not reserved to the Employers and Union or delegated to others through the Trust Agreement or other action, including contracts.

**IUPAT INDUSTRY PENSION PLAN**                                                    **PAGE 5**

*Section 2.02     Duties and Powers of Plan Administrator*

The Trustees may appoint an administrator to execute the policies of the Trustees and exercise all or part of the powers of the Trustees with respect to the Plan and Trust Agreement on a day-to-day basis. The administrator will have the authority and discretion necessary or appropriate to the performance of his duties.

*Section 2.03     Discretion*

(a) The Trustees may interpret the Plan and have full discretion and authority to determine all questions of fact or law arising in the administration, interpretation and application of the Plan.

(b) A determination of the Trustees will be final and binding and shall not be reviewed in any court except for matters on which an arbitration award may be vacated under the federal Arbitration Act.

(c) The Trustees may correct any defect, reconcile any inconsistency, supply any omission and modify impracticable provisions of the Plan in a manner consistent with the purpose of the Trust and Plan.

*Section 2.04     Consultants*

The Trustees may engage investment consultants, accountants, actuaries, lawyers, medical and clerical consultants or other advisers.  The fees of the advisors will be paid from Plan assets.

*Section 2.05     Delegation and Allocation of Responsibility*

The Trustees may delegate any duty or power with respect to the Plan or Plan assets or allocate duties among themselves by written or other direction, including contracts. Any person or group of persons may serve in more than one fiduciary capacity with respect to the Plan, including combined control over the administration of the Trust and Plan and their assets.

*Section 2.06     Reliance*

The Trustees and their delegates and agents may rely upon written information from others. They may also rely on the advice, report or other work product of an actuary, accountant, lawyer, investment consultant, Investment Manager or other professional or expert engaged by the Plan or Trust in the performance of their duties.

*Section 2.07     Limitation of Liability*

(a) This Plan has been established on the basis of an actuarial calculation which has established, to the extent possible, that the contributions will, if continued, be sufficient to maintain the Plan on a permanent basis fulfilling the funding requirements of ERISA.

**IUPAT INDUSTRY PENSION PLAN**                       **PAGE 6**

(1)      Except as provided by applicable law, including Withdrawal Liability to the Plan, no Employer has any liability, directly or indirectly, to provide the benefits established by the Plan beyond the obligation of the Employer to make contributions as stipulated in its Collective Bargaining Agreement or Participation Agreement.

(2)      No liability shall be upon the Trustees, individually or collectively, or upon the Union to provide the benefits established by this Plan, if the Plan does not have assets to make such payments.

(b) The liability of the Trustees, individually or collectively, shall be limited in accordance with the provisions of the Trust Agreement as and to the extent permitted by ERISA.

(c) The appointment of an Investment Manager shall relieve the Trustees of any obligation to invest or manage an asset of the Trust or a Plan and relieve them of liability for any act or omission of the Investment Manager.

*Section 2.08    Indemnity*

The Plan will indemnify the Trustees against any loss or liability by reason of acts or omissions in administration of the Plan or Trust to the maximum extent allowed by law. The Trustees may purchase insurance with Plan assets to cover potential liability of the Trustees and others or liability or loss of the Plan, subject to law. The Trustees may use Plan assets to provide indemnity to other parties, subject to law.

## ARTICLE 3.  PARTICIPATION

*Section 3.01    Eligible Employees*

(a) The Employees who may participate in the Plan are limited to the following groups:

(1)      Employees represented for the purpose of collective bargaining by the Union;

(2)      Employees of the Union, including Local Unions or District Councils with a Collective Bargaining Agreement with a Contributing Employer;

(3)      Employees of a Union-Industry Related Organization in which at least one participating Local Union or District Council has a Collective Bargaining Agreement with at least one Contributing Employer;

(4)      Employees of Employers who are incorporated and are members of the Finishing Contractors Association or 100% Union contractors; and

(5)      Non-Bargained Employees of a Contributing Employer.

## IUPAT INDUSTRY PENSION PLAN                              PAGE 7

(b) Eligibility to participate and continued participation are subject to timely execution of a Collective Bargaining Agreement with language acceptable to the Trustees or a Participation Agreement, payment thereunder and other terms and conditions of the Plan.

*Section 3.02    Entry Date*

(a) Participation by the Eligible Employees of an Employer becomes effective on the later of the following:

    (1)    the first day of the month after the Contribution Period of the Employer begins, or

    (2)    the earliest January 1 or July 1 following the completion of at least 1,000 Hours of Service in Covered Employment or Contiguous Employment in a participation computation period.

(b) The initial participation computation period for an Employee begins on the first day of the month in which an Employee first has an Hour of Service in Covered Employment and ends on the last day of the month including the first anniversary of that date. The initial participation computation period is deemed to end after 12 consecutive months for purposes of determining the entry date of a Participant. The subsequent participation computation periods are rolling periods of 12 consecutive months beginning with the month after the month in which the initial computation period begins.

*Section 3.03    Termination of Participation*

(a) A person who incurs a One-Year Break shall cease to be a Participant as of the last day of the Calendar Year which constituted the One-Year Break, unless the person:

    (1)    is a Pensioner,

    (2)    is a Vested Participant with a nonforfeitable right to a pension from this Plan, other than a Disability Pension, whether immediate or deferred, or

    (3)    has received a Social Security Disability award for a disability which resulted from an on-the-job injury or illness that occurred while employed by an Employer.

(b) A One-Year Break may be cured.

*Section 3.04    Reinstatement of Participation*

(a) A person who has been terminated as a Participant shall again become a participant by completing at least 450 Benefit Hours in a Calendar Year or 1,000 Hours of Service in Covered Employment or Contiguous Employment in any period of 12 consecutive months which begins after the Calendar Year during which participation terminated before a Permanent Break.

**IUPAT INDUSTRY PENSION PLAN**                                    **PAGE 8**

(b) A person who has a Permanent Break before becoming a Vested Participant loses all reinstatement rights and is treated as a new Employee on any return to Covered Employment.

*Section 3.05    Acceptance of a New Contributing Employer*

(a) A person or organization shall be accepted by the Trustees as a contributing employer for Union Employees when:

> (1)    The Employer, along with the Union, becomes party to the model collective bargaining agreement clause, approved by the Trustees, which sets forth the full details of the basis for contributions to the Plan and the basis for acceptance as a Contributing Employer;

> (2)    the Employer signs any other written instrument wherein the Employer agrees to be bound by the model collective bargaining clause, or,

> (3)    the Employer signs a standard Participation Agreement, as approved by the Trustees, for Union Employees and the Trust Agreement.

(b) A new contributing employer shall furnish the name, date of birth, and employment history of each Employee then covered by the Collective Bargaining Agreement between the Union and the new Employer.

(c) The Trustees may accept persons or organizations as contributing employers for Union Employees under other collective bargaining agreement clauses or terms and may reject an Employer whose participation will adversely affect the actuarial soundness of the Plan as determined by the Trustees after consultation with the actuaries for the Plan.

*Section 3.06    Acceptance of A New Affiliated Employer*

(a) An eligible Affiliated Employer shall be accepted as an employer for its Non-Bargained Employees under the following conditions.

> (1)    The person or organization is a Contributing Employer, Union or Union-Industry Related Organization.

> (2)    The person or organization signs a standard Participation Agreement, as approved by the Trustees, and, if requested, the Trust Agreement or another written agreement which sets forth the full details of the basis for contributions to the Plan and is accepted by the Trustees.

> (3)    Written application for participation is made to the Trustees and approval is received in writing.

(4)    The person or organization submits necessary data for a non-discriminatory group or class of employees which satisfies the requirements of IRC 410 for the Employees proposed for coverage under the Plan.

(5)    The person or organization has a Collective Bargaining Agreement with the Union or is a Union or a Union-Industry Related Organization operating under at least one Collective Bargaining Agreement with a Contributing Employer.

(b) The Trustees may accept persons or organizations as affiliated employers under other terms and may include "safe-harbor" requirements for coverage of employees, contributions and other rules to assure the continuing qualification of the Plan under the IRC and compliance with 29 U.S.C. §186(c) in a standard or other Participation Agreement. The Trustees may reject an organization whose participation will adversely affect the actuarial soundness of the Plan or endanger qualification of the Plan under the IRC, as determined by the Trustees after consultation with legal and actuarial counsel for the Plan.

*Section 3.07    Additional Conditions*

To continue and remain as an Employer in the Plan, an Employer must remain signatory to the current model Collective Bargaining Agreement clause, a standard Participation Agreement, or another form of agreement approved by the Trustees.

*Section 3.08    Delinquent Employers*

(a) The Trustees may terminate a person or organization that fails to make contributions due for 90 days past the due date as an Employer.

(b) The person or organization, to once again become an Employer, must post a bond in the amount of twice the delinquency and pay all current and delinquent contributions within three months of the posting of the bond. If the organization fails to do so, the bond shall be applied to pay any delinquency, interest, liquidated damages or legal or other costs incurred in collection or termination of the organization as an Employer and the person or organization will not be permitted to resume status as an Employer.

(c) If the person or organization satisfies the foregoing conditions and once again is allowed to participate as an Employer on that basis, the bond will be returned if reports and contributions remain current for a period of one year following reinstatement.

(d) The Trustees and the Union retain the right to enforce payment of delinquencies in accordance with other provisions of this Plan, the Trust Agreement, and the applicable Collective Bargaining Agreement. Termination of an Employer may result in an assessment of Withdrawal Liability against the person or organization and its Control Group Employer

*Section 3.09    Mergers*

Employees who were participants in a plan that merged with the Plan became participants in the Plan upon execution of a merger agreement between the Trustees and their former plan. The terms of a merger agreements (even if not listed in Table 2) are incorporated by reference and shall form part of this restated Plan as of their execution date. The merger agreements control over inconsistent terms in this restated Plan. The merger agreements are summarized in Table 2.

## ARTICLE 4. VESTING

*Section 4.01    Vested Participant*

A Vested Participant is a Participant who has fulfilled the requirements for receipt, upon attainment of Normal Retirement Age or Retirement, of a nonforfeitable pension based on service, age or termination of the Plan.

*Section 4.02    Service Vesting*

(a) A Participant or former Participant shall have a nonforfeitable right to benefits and be entitled to retire on a vested pension under the following conditions.

(b) Pre-ERISA Rules. If an Employee was a Participant in the Plan prior to January 1, 1976, and left Covered Employment, the provisions of the prior Plan, as they relate to a "Vested Pension" (as defined in the prior Plan), or the current Plan will apply, whichever provision is more advantageous to the Participant. The prior Plan provided a vested pension for an Employee who accumulated 120 or more Pension Credits (at least 60 of which were during the Contribution Period) and was age 50 or over at the time he or she had a break in employment, unless he or she received a "Severance Benefit," as defined in the prior Plan

(c) Post-ERISA Rules for Union Employees. A Union Employee is vested on or after January 1, 1976 as follows.

     (1)    The Employee had one or more Hours of Service on or after January 1, 1976 and  completed ten (10) Years of Vesting Service before an unrepaired One-Year Break or  Permanent Break.

     (2)    The Employee had one or more Hours of Service on or after January 1, 1999 and  completed five (5) Years of Vesting Service before an unrepaired One-Year Break or  Permanent Break.

(d) Post-ERISA Rules for Non-Bargained Employees. A Non-Bargained Employee is vested on or after January 1, 1976 as follows.

     (1)    The Employee had one or more Hours of Service on or after January 1, 1976 and  completed ten (10) Years of Vesting Service before an unrepaired One-Year Break or a Permanent Break.

(2)    The Employee had one or more Hours of Service on or after January 1, 1989 and completed five (5) Years of Vesting Service before leaving employment as a Non-Bargained Employee or an unrepaired One-Year Break or Permanent Break.

### Section 4.03    Age Vesting

An Eligible Employee shall have a nonforfeitable right to benefits and be entitled to retire if the Participant attains Normal Retirement Age while employed in Covered Employment or Contiguous Employment.

### Section 4.04    Termination Vesting

The rights of all affected employees to benefits accrued to the date of termination, partial termination, or discontinuance of the Plan shall be nonforfeitable to the extent funded as of such date.

### Section 4.05    Vesting Changes

(a) The benefits to which a Participant is entitled under this Plan upon attainment of Normal Retirement Age are vested (nonforfeitable), subject to retroactive amendment made within the limitations of ERISA.

(b) Notwithstanding the foregoing provisions of this Article, an Employee who has three or more years of service (as those terms are defined in ERISA 203(c)) and is a participant in the Plan on the date of an amendment of the vesting schedule will vest under the terms under the prior or amended vesting schedule, whichever is more favorable to the employee.

### Section 4.06    Years of Vesting Service

(a) An Employee shall be credited with a Year of Vesting Service as provided in this section.

(b) Pre-ERISA rule. An Employee shall be credited with a year of vesting service for each Calendar Year beginning before January 1, 1976 and during the Contribution Period (including periods before he or she became a Participant) in which the Participant completed at least 1,000 Hours of Service in Covered Employment.

(c) Post-ERISA rule. An Employee shall be credited with a year of vesting service for each Calendar Year beginning on or after January 1, 1976 during the Contribution Period (including periods before he or she became a Participant) in which the Participant completed at least 1,000 Hours of Service in Covered Employment or Contiguous Employment.

**IUPAT INDUSTRY PENSION PLAN**                  **PAGE 12**

*Section 4.07    One-Year Break-in-Service*

(a) Except for an absence in a grace period for Family or Medical Leave or Qualified Military Service, an Employee has a one-year break in service, on or after December 31, 1975, if his or her Hours of Service fall below the following levels.

(b) The Employee fails to earn at least 450 Hours of Service in Covered Employment in the Calendar Year.

(c) The Employee also has less than 500 Hours of Service in Covered Employment and Contiguous Employment in the Calendar Year.

*Section 4.08    Effect of One-Year Break*

(a) An Employee who incurs a One-Year Break shall lose all Years of Vesting Service, Pension Credits, Hours of Service, Accrued Benefit and Benefit Hours and cease to be a participant in the Plan as of the last day of the Calendar Year which constituted the One-Year Break, unless he or she:

      (1)      is a Pensioner,

      (2)      has acquired a vested right to a pension from this Plan, other than a Disability Pension, whether immediate or deferred, or

      (3)      has received a Social Security Disability award for a disability which resulted from an on-the-job injury or illness that occurred while employed by an Employer.

(b) The Accrued Benefit for Hours of Service Pension Credits and Employer contributions before a One-Year Break will be frozen at its existing amount and related rights, benefits and features on a One-Year Break for any Employee or Participant.

*Section 4.09    Cure of One-Year Break*

(a) The Plan will reinstate Years of Vesting Service and participation in the Plan and treat all Pension Credits and Employer contributions as continuous in calculating the Accrued Benefit for an Employee who has incurred a One-Year Break and, before a Permanent Break:

      (1)      returns to Covered Employment and earns at least 450 Hours of Service in Covered Employment in a Calendar Year, or

      (2)      completes a Year of Vesting Service.

(b) A loss of Years of Vesting Service and participation in the Plan and a freeze in the Accrued Benefit shall become irrevocable on a Permanent Break. *A freeze in the Accrued Benefit is also irrevocable upon a Benefit Break-in-Continuity.*

**IUPAT INDUSTRY PENSION PLAN**                **PAGE 13**

*Section 4.10    Family and Medical Leave*

(a) The following rules apply for the purpose of determining whether a one-year break in service has occurred.

    (1)    A Participant who is absent from employment, during the Contribution Period, due to a period of disability during which payments from a health and welfare plan are received shall be credited with Hours of Service to a maximum of 501 Hours of Service for any one period of paid disability toward a Year of Vesting Service to the extent that such Hours of Service would have been credited but for such absence.

    (2)    An Employee who notifies the Plan on a timely basis of an absence, after August 22, 1984, due to pregnancy, birth of a child, placement of a child in connection with adoption, or care of a child of the Employee immediately after the birth or adoption of the child or, after February 5, 1994, family or medical leave as provided under federal law will receive credit for up to 501 Hours of Service in the Calendar Year in which the absence begins or the following Calendar Year to avoid a One-Year Break.

    (3)    The Hours of Service so credited shall be applied to the Calendar Year in which such absence begins, if doing so will prevent the Employee from incurring a One-Year Break in that Calendar Year. Otherwise, they shall be applied to the next Calendar Year.

    (4)    The Trustees may require, as a condition for granting such credit, that the Employee notify the Plan and establish in timely fashion and to the satisfaction of the Trustees that the Employee is entitled to such credit.

*Section 4.11    Qualified Military Service*

(a) Military service shall be credited only as and to the extent required by law under the following rules.

(b) Pre-USERRA Service. The following rules apply to military service in the armed forces of the United States beginning before October 13, 1994.

    (1)    A period of military service, up to five years, of an Employee who left Covered Employment with a Contributing Employer to enter active service in the armed services of the United States shall not be counted toward a break-in-service (for periods before January 1, 1976) nor as a One-Year Break or Permanent Break thereafter.

    (2)    For an Employee who returned to Covered Employment (or was available for Covered Employment) within 90 days after separation from military service,

the period of such military service (up to five years), is credited toward Years Of Vesting Service and Pension Credits.

(c) <u>Post-USERRA Service</u>. For military service beginning or after October 13, 1994 and reemployment initiated on or after December 13, 1994 and notwithstanding any provision of this Plan to the contrary, contributions, benefits and service credit with respect to qualified military service will be provided in accordance with IRC 414(u).

*Section 4.12    Permanent Break in Service*

(a) An Employee or Participant has a permanent break in service as provided in this section.

(b) <u>Pre-ERISA Permanent Break in Service Rule</u>.  Before January 1, 1976, an Employee had a Permanent Break in Service if he or she failed to earn at least six (6) Pension Credits in a period of three consecutive Calendar Years, unless excused due to disability.

(c) <u>Permanent Break in Service after 1975.</u> On and after January 1, 1976 and before January 1, 1985, an Employee has a permanent break in service if he or she has consecutive One-Year Breaks, including at least one after 1975, that equal or exceed the number of Years of Vesting Service with which he or she was credited before the first One-Year Break.

(d) <u>Permanent Break in Service after 1984</u>. On and after January 1, 1985, an Employee has a permanent break in service if he or she has consecutive One-Year Breaks, including at least one after 1975, that equal or exceed the greater of five (5) or the number of Years of Vesting Service with which he or she was credited before the first One-Year Break.

(e) <u>Permanent Break in Service after 1991</u>. Notwithstanding the foregoing provisions and regardless of when a permanent break in service would otherwise occur, an Active Employee as of January 1, 1992 or January 1, 1999 shall incur a Permanent Break in Service only if such Active Employee has consecutive One-Year Breaks that equal or exceed the greater of five (5) or the number of Years Of Vesting Service with which the Active Employee has been credited.

(f) <u>Reciprocal Grace Period.</u> In applying the rules of this Plan with respect to cancellation of service, any Reciprocal Pension Credit earned during a period in which the Employee worked in the jurisdiction of another Signatory Plan, shall be considered in determining whether there has been a permanent break-in-service.  However, once an Employee has left the coverage of this Plan and all Signatory Plans, the determination as to whether a permanent break-in-service was incurred shall be determined  based solely on the Years of Vesting Service earned under this Plan, without regard to work under a Signatory Plan.

*Section 4.13    Effect of Permanent Break*

(a) An Employee or Participant who has a Permanent Break before he or she is vested, or before he or she has become eligible for a Normal Retirement Pension, Special Early Retirement Pension, Early Retirement Pension, Disability Pension or Vested Early Pension, shall have his or her participation and previously credited Hours of Service, Years of Vesting Service, Pension

**IUPAT INDUSTRY PENSION PLAN**                                   **PAGE 15**

Credits, Accrued Benefit and Benefit Hours under the Plan canceled. He or she will be treated as a new Employee with no benefit for prior Hours of Service or Employer contributions under the Plan upon a return to Covered Employment.

(b) If a Participant is vested or eligible to retire before a Permanent Break, his or her previously credited Hours of Service, Years Of Vesting Service, Pension Credits Accrued Benefit and Benefit Hours under the Plan will not be canceled. He or she will resume participation in the Plan immediately upon a return to Covered Employment but the Accrued Benefit before the Permanent Break will remain frozen at the existing amount and related rights, benefits and features.

## ARTICLE 5. ACCRUED PENSION BENEFIT CALCULATION

*Section 5.01    Accrued Benefit*

(a) The accrued benefit under the Plan is a monthly payment expressed in the Guaranteed Five-Year Pension form beginning at Normal Retirement Age equal to the sum of the following calculations for an Active Employee on or after January 1, 1999 or thereafter before a Permanent Break or Benefit Break-in-Continuity.

(1)    The Pension Credits earned by an Employee for Hours of Service applicable to a period of time before January 1, 1988 multiplied by the Pre-1988 Benefit Rate for the Contribution Rate for a Participant under Table 1.

(2)    The Pension Credits earned by an Employee for Hours of Service applicable to a period of time after December 31, 1987 multiplied by the Post-1987 Benefit Rate for the Contribution Rate for a Participant under Table 1.

(3)    For all Eligible Employees after December 31, 2002, two percent (2%) of the Employer contributions required to be paid to the Plan for a Participant's Hours of Service in Covered Employment after December 31, 2002.

(4)    The monthly benefit for Pension Credits for Pension Credits earned before January 1, 2003 will be increased further by 1% per year for each 12 full Pension Credits earned over 360 Pension Credits before January 1, 2003.

(b) The Accrued Benefit (including rates, limitations on maximum Pension Credits, and related payment rights, benefits and features) for other Participants and Eligible Employees and with respect to any Pension Credits earned before an unrepaired One-Year Break, Permanent Break or Benefit Break-in-Continuity will be determined under the Plan in effect on the Employee's last day of work in Covered Employment, unless otherwise specifically provided in this restated Plan.

**IUPAT INDUSTRY PENSION PLAN**                                    **PAGE 16**

*Section 5.02    Pension Benefit for Service before the Contribution Period - Qualification*

(a) In order to qualify for credit for work with an Employer prior to its Contribution Period, an Eligible Employee must:

    (1)    have at least 900 Hours of Service in a job classification specified in subsection (c) with the Employer in any two of the three Calendar Years immediately preceding the Contribution Period;

    (2)    prove, on the basis of medical evidence satisfactory to the Trustees, that failure to obtain 900 Hours of Service during two of the three consecutive Calendar Years was due to total disability; or

    (3)    earn 9,000 Benefit Hours during the Contribution Period.

(b) An Eligible Employee who left employment with an Employer to enter Qualified Military Service and was prevented from meeting the requirements of this rule as a result of Qualified Military Service during the years specified will be treated as employed during this period if he or she returns to Covered Employment within the time required by law to protect re-employment rights.

(c) Subject to any limitation on maximum Pension Credits, an Eligible Employee who qualifies for credit before the Contribution Period under subsection (a) above shall receive credit for work prior to the Contribution Period in the following categories.

    (1)    Credit is given for employment in a job classification and at a place of business covered by a collective bargaining agreement then in effect between the Union and an Employer who subsequently became a Contributing Employer or who went out of business prior to the Contribution Period.

    (2)    If such employment was before the first Collective Bargaining Agreement was signed by the Contributing Employer and the Union, credit is given for the Participant's job classification during such period if it was covered in the Employer's first Collective Bargaining Agreement.

    (3)    If such employment was for a governmental agency or an other Employer who was not, and is not, a Contributing Employer, but fulfills all terms and conditions of the applicable Collective Bargaining Agreement as though it were a Contributing Employer, credit is given as if a Collective Bargaining Agreement existed.

    (4)    If such employment was for an Affiliated Employer, credit is given for the Participant's job classification during such period if it was covered in the Employer's first Participation Agreement.

**IUPAT INDUSTRY PENSION PLAN**                              **PAGE 17**

(d) If a Participant had service with an Employer who went out of business, and such business was taken over by a Contributing Employer, credit for periods of employment with the Employer who went out of business may be granted if the Trustees, in their sole discretion, are satisfied on the basis of evidence submitted to them, that it is appropriate to treat the Contributing Employer as a successor to the business of the Employer who went out of business.

(e) If a Participant had service with a Contributing Employer in a job classification and at a place of business covered by a collective bargaining agreement then in existence between the Union and that Contributing Employer and the collective bargaining relationship between the parties terminated prior to the first Collective Bargaining Agreement between the same Union and other Employers in the area for Employer contributions to the Plan, and immediately upon said termination that Employee went to work for another Employer in a job classification and at a place of business covered by a Collective Bargaining Agreement with that same Local Union or District Council, the Hours of Service worked for the first Employer may be utilized in determining whether the requirements of subsection (a) have been met.

*Section 5.03    Pension Benefit Credit for Service before the Contribution Period - Amount*

(a) Subject to any limitation on maximum Pension Credits, an Eligible Employee who qualifies for Pension Credits for work before the Contribution Period shall be entitled to credit as follows.

     (1)     An Eligible Employee receives 1,800 Benefit Hours for each Calendar Year he or she was employed for 900 Hours of Service or more in a job classification with an Employer for which credit is allowed before the Employer's Contribution Period.

     (2)     If an Eligible Employee was employed for fewer than 900 Hours of Service, he or she shall be entitled to 2 Benefit Hours for each such Hour of Service.

(b) No partial credits shall be awarded

(c) When evidence of Hours of Service is not available, the Trustees may accept evidence of dollar earnings, adjusted for basic hourly wage rates then in effect for the type of work described above.

(d) In making a determination of service before the Contribution Period, the Trustees may, in their absolute discretion, consider and rely upon any relevant and material evidence, including without limitation, any or all of the following:

     (1)     Records and/or statements of Employers.

     (2)     Records of the federal Social Security Administration.

     (3)     Records of the Unions having or having had jurisdiction over what is now Covered Employment, including records of periods of Union membership in good standing. In the event the Trustees rely upon records of Union membership

**IUPAT INDUSTRY PENSION PLAN**                                      **PAGE 18**

to establish Hours of Service, a Participant shall be entitled to receive 300 Benefit Hours for each month of Union membership in good standing up to a maximum of 1,800 Benefit Hours for any one Calendar Year.

(e) For groups of Contributing Employers within a particular Local Union or District Council entering the Plan after December 31, 1976, the maximum credit for service prior to the Contribution Period will be based on the following schedule:

| Entry Date | Maximum Prior Service |
|---|---|
| | |
| Prior to January 1, 1977 | 24 years or 43,200 Benefit Hours |
| January 1,1977-December 31, 1977 | 18 years or 32,400 Benefit Hours |
| January 1, 1978-December 31, 1978 | 15 years or 27,000 Benefit Hours |
| January 1, 1979-December 31, 1979 | 12 years or 21,600 Benefit Hours |
| January 1, 1980-December 31, 1998 | 10 years or 18,000 Benefit Hours |
| January 1, 1999 or later | None |

The Benefit Hours limits include conversion of all Pension Credits for work before January 1, 2003 to Benefit Hours.

*Section 5.04    Loss of Benefit Credit for Service Prior to the Contribution Period.*

(a) In the event participation in the Plan on behalf of any unit is terminated, either by action of the Employer or action of the Trustees, the Accrued Benefit for Pension Credits and Benefit Hours for work before the Contribution Period and any related pension and/or benefit with respect to members or former members of the unit will be cancelled, subject to applicable law and the following rules.

(b) The reduction or elimination of Pension Credits, Benefits Hours, pensions and/or other benefits shall not apply to any periods of employment during the Contribution Period.

(c) The reduction or elimination shall apply in every case in which an Employer withdraws or otherwise ceases to contribute to the Plan, provided that the Employer's cessation of contributions shall be deemed to have an adverse actuarial impact if and to the extent that the Plan's actuary determines that it will reduce the Plan's then - current margin.

(d) The reduction or elimination shall not apply to Pensioners.

(e) Any Active Employee of a terminated Employer who earns 1,800 Hours of Service in Covered Employment as a result of employment by other Employers, and who has not suffered a Permanent Break, shall be entitled to reinstatement of the Accrued Benefit for Pension Credits and Benefit Hours for work before the Contribution Period and any related pension and/or benefit.

(f) Effective January 1, 1990, subject to applicable law and notwithstanding any other provisions of this Plan, an Employee or Participant, or a former Employee or Participant, who at any time

**IUPAT INDUSTRY PENSION PLAN**           **PAGE 19**

during the Contribution  Period performs at least one hour of Noncovered Employment, shall lose all Pension Credits for service before the Contribution Period of an Employer for the purpose of calculating his or her Accrued Benefit. Any such loss shall not decrease the Participant's accrued Normal Retirement Pension to an amount less than the accrued benefit as of December 31, 1989.

*Section 5.05*     *Benefit Credit for Service during the Contribution Period*

(a) During the Contribution Period and before January 1, 2003, a Participant shall be credited with Pension Credits on the basis of Hours of Service in Covered Employment in accordance with the following schedule:

| Hours of Service of Covered Employment in Calendar Year | Pension Credits (units) |
|---|---|
| Less than 150 | 0 units |
| 150-299 | 1 unit |
| 300-449 | 2 units |
| 450-599 | 3 units |
| 600-749 | 4 units |
| 750-899 | 5 units |
| 900-1,049 | 6 units |
| 1,050-1,199 | 7 units |
| 1,200-1,349 | 8 units |
| 1,350-1,499 | 9 units |
| 1,500-1,649 | 10 units |
| 1,650-1,799 | 11 units |
| 1,800-1,949 | 12 units |
| 1,950-2,099 | 13 units |
| 2,100-2,249 | 14 units |
| 2,250 or more | 15 units |

(b) Benefit accrual during the Contribution Period after December 31, 2002 is based solely on Employer contributions.  Pension Credits shall not be earned after December 31, 2002.

*Section 5.06*     *Maximum Contribution  Rates*

Any Employer contributions to the Trust in excess of the following maximum hourly contribution rate have been allocated to the Annuity Plan, by the Trustees as plan sponsor, for credit to an individual account for the Employee who performed the work underlying the contribution obligation.

| Work Date | Maximum Rate |
|---|---|
| Before January 1, 1993 | $2.00 per hour |
| January 1, 1993 – December 31, 1998 | $2.50 per hour |

**IUPAT INDUSTRY PENSION PLAN**                                    **PAGE 20**

| January 1, 1999 forward | $5.00 per hour |
|---|---|
| January 1, 2003 forward | No limit, except that benefit accrual based on the Employer contribution will be limited by IRC 415. |

*Section 5.07    Extra Contributions*

Notwithstanding any Plan provision to the contrary, if on or after August 13, 1987, parties to a Collective Bargaining Agreement negotiate a Contribution Rate at or above 50 cents per hour and provide in the Collective Bargaining Agreement that a specified portion of the rate above 50 cents per hour shall be contributed to the Annuity Plan, the contributions shall apply to this Plan or to the Annuity Plan accordingly. However, contributions to the Plan may not be reduced in order to apply contributions to the Annuity Plan.

*Section 5.08    Contribution Rate*

(a) Except as indicated below, the pension for Hours of Service before January 1, 2003 to which an Eligible Employee working under a Collective Bargaining Agreement with the model contribution clause or a Participation Agreement will be entitled at retirement will be based on a weighted average hourly contribution rate for his or her work in effect during the period that the Eligible Employee last earned 1,800 Benefit Hours in a Calendar Year. The weighted average contribution rate shall be rounded up to the next higher whole penny if not already a penny amount.

(b) Contributions as a percentage of pay.  The applicable benefit level for a negotiated percentage of pay contribution is determined by converting the percent of pay contribution rate into an equivalent hourly rate. This hourly rate is the product of the percent of pay contribution multiplied by the journeyman's wage rate.

*Section 5.09    Contribution Rate Changes*

(a) Where the Pension Credits of an Eligible Employee were earned as a result of employment under the jurisdiction of more than one Local Union or District Council, or in collective bargaining units with more than one contribution rate under the same Union jurisdiction, and the Eligible Employee is eligible for a pension, his or her Accrued Benefit for Hours of Service before January 1, 2003 shall be determined as follows.

    (1)    Except as provided below, the benefit is the sum of the proportional amounts attributable to employment under the jurisdiction of each involved Local Union, District Council, or collective bargaining unit. The proportional amount for employment under each Local Union, District Council, or collective bargaining unit is determined by computing the Accrued Benefit to which the Participant would be entitled considering only Pension Credits and Contribution Rates attributable to that jurisdiction or collective bargaining unit.

    (2)    Where an Eligible Employee is employed under the jurisdiction of more than one Local Union or District Council, or in collective bargaining units with more

than one contribution rate under the same Union jurisdiction, and earns 18,000 Benefit Hours during the Contribution Period, without incurring a Permanent Break, at a higher contribution rate(s) than applicable in the prior Union jurisdiction(s) or collective bargaining unit, the Accrued Benefit shall be calculated using the higher rate for all Pension Credits.

(b) Where an Eligible Employee is entitled to Pension Credits as a result of employment by one or more Employers from whom no Employer contributions were received for work by the Participant, the portion of monthly pension attributable to such employment shall be based on the contribution rate in effect at the beginning of the Employer's Contribution Period.

(c) It is expected that successor Collective Bargaining Agreements will not result in decreases in a Contributing Employer's Contribution Rate. If, however, the parties to a Collective Bargaining Agreement negotiate a reduction in contribution rate, the Trustees may terminate participation in the Plan by the affected group. If the Trustees permit continued participation in the Plan, the benefits payable for Hours of Service before January 1, 2003 shall be the sum of the following:

 (1) The Accrued Benefit based on Pension Credits earned before the date of the contribution rate decrease shall be frozen.

 (2) The benefits for Hours of Service and Pension Credits after the contribution rate decrease shall be calculated separately based on the decreased contribution rate.

 (A) The benefits for Hours of Service and Pension Credits after the contribution rate equals or exceeds the rate in effect prior to the contribution rate decrease, if any, shall be calculated separately based on the new contribution rate.

 (B) Benefit level increases attributable to contribution rate increases above the rate in effect prior to the contribution rate decrease will not affect benefit levels for service before the contribution rate equals or exceed the rate before the contribution rate decrease.

(d) A change in Contribution Rate after December 31, 2002 will have the same effect as a decrease in compensation by an employer in a pension plan with benefits based on career compensation. Such a change shall not be deemed to be a significant reduction in the rate of future benefit accrual for which a separate Plan notice to Participants might be required.

*Section 5.10    Benefit Break-In-Continuity*

(a) An Eligible Employee has a benefit break-in-continuity if he or she earns fewer than three Pension Credits in a period of three consecutive Calendar Years ending before January 1, 2005. For this purpose only, Pension Credits shall be calculated for 2003, 2004 and 2005.

(b) An Eligible Employee who has benefit break-in-continuity and returns to Covered Employment shall have the portion of his or her Accrued Benefit for Hours of Service earned prior to the earlier of the benefit break-in-continuity or December 31, 2002 calculated based on the rates in effect for a Pensioner retiring at the time the Participant left Covered Employment.

(c) The Accrued Benefit attributable to Hours of Service in Covered Employment after the earlier date of December 31, 2002 or the break-in-continuity will be computed on the basis of the rules, regulations and rates in effect at the subsequent termination of Covered Employment.

(d) A Participant who returns to Covered Employment before a benefit break-in-continuity and earns 1,000 Hours of Service in Covered Employment subsequent to the return to Covered Employment shall receive benefits for all of his or her earned Pension Credits at the benefit level in effect at the subsequent termination of Covered Employment.

*Section 5.11    New Groups*

The amounts shown in Table 1 and the calculation of the Accrued Benefit represent the standard level of benefits for new Employers and groups of Employers. The Trustees may approve a non-standard rate for a new group which may affect the actuarial soundness of the Plan as determined by the Trustees after consultation with the Plan actuary.

*Section 5.12    Reciprocal Pension Agreements*

(a) The Plan is signatory to the IUPAT Pension Reciprocal Agreement which is incorporated by reference and shall control over inconsistent plan terms.

(b) The Trustees may, acting in their sole discretion, approve participation of a group of Employees who are working under a Union collective bargaining agreement (that does not provide for contributions to the Plan) or participate in another qualified AFL-CIO related and/or building trades industry pension plan, but are not part of a Signatory Plan, to receive service credit under the following special reciprocity rule.

    (1)    Employees covered under the special reciprocity rule shall receive credit in the Plan for pension credits earned while participants in another qualified AFL-CIO related or building trades industry pension as if such work were Contiguous Employment. An Employee, covered under the special reciprocity rule, who was not a participant in another qualified AFL-CIO related or building trades industry pension plan during reciprocal work shall receive credit under the Plan based on Hours of Service under a Union collective bargaining agreement with an employer who does not contribute to the Plan, as if such work were in Contiguous Employment.

    (2)    Such pension credits or Hours shall not, however, be credited as Benefit Hours nor in any manner, be used for the purpose of enhancing or supplementing any amounts payable for any form of benefit under the Plan.

(3)    Employees who otherwise satisfy the standard for eligibility under this special reciprocity rule shall receive these pension credits for the stated use and purpose, provided the following conditions are met:

    (A)    The participant earns at least one Year of Vesting Service under the Plan.

    (B)    The participant provides written evidence that verifies his or her hours of employment, which are credited under the related plan.

(4)    The monthly amount of benefit paid to the Employee by the Plan will be based solely on Pension Credits earned under this Plan.

### Section 5.13    Merger Agreements

(a) The amounts shown in Table 1 and the calculation of the Accrued Benefit represent the standard level of benefits. Benefit amounts for Participants who are members of group(s) which joined the Plan as the result of a plan merger may differ with respect to service before the merger and / or by reason of a non-standard rate or adjustment to the standard rate. A non-standard benefit level may be adopted due to many factors, including age, service, the employer contribution rate, prior plan design, prior plan assets compared to prior plan liabilities, average life expectancy of the group and the additional financial obligations of the Plan as a result of the merger.

(b) The merger agreement for each merged plan specifies the basis for such calculations and transitional rules and is incorporated by reference for full details regarding the benefit payable as a result of a merger.

### Section 5.14    Post-Retirement Benefit Increases

(a) The benefit payable to a Pensioner and his or her Spouse or Beneficiary shall be limited to the amount payable on the Participant's Annuity Starting Date except as otherwise expressly provided in the Plan.

(b) A Pensioner who returns to Covered Employment shall, upon his retirement, be entitled to a recomputation of his pension amount, based on any additional Hours of Service in Covered Employment or Employer contributions, as provided for resumed payment after a suspension of benefits, and the following rules.

(1)    Nothing in this Section or other Plan provisions shall be understood to extend any benefit increase or adjustment effective after the Pensioner's initial Annuity Starting Date to the amount of pension, except to the extent that it may be expressly directed by other provisions of the Plan or be required by applicable law.

(2)    Any additional benefits earned by a Participant in Covered Employment after Normal Retirement Age will be determined at the end of each Plan year and

**IUPAT INDUSTRY PENSION PLAN**                                    **PAGE 24**

will be payable as of April 1 following the end of the Plan Year in which it accrued, provided payment of benefits at that time is not suspended or postponed due to continued employment or failure to notify the Plan of a cessation of work.

(3)     For work for which benefits could be suspended (even if not in fact suspended or suspension was waived by the Trustees), a Participant shall receive the benefit that would have been payable under the "pay and offset" method provided in proposed Treasury regulation 1.411(b)-2(b)(3)(iii) unless a different amount is specifically provided in the Plan.

(c) If a Participant first becomes entitled to additional benefits after Normal Retirement Age, whether through additional service or because of a benefit increase, no actuarial increase will be applied to those benefits. The Participant shall receive at least the benefit that would have been payable under the "pay and offset" method provided in proposed Treasury regulation 1.411(b)-2(b)(3)(iii).

(d) Beginning January 1, 2000, the monthly benefit payment of Pensioners as of December 1998 was increased by 3%.

## ARTICLE 6. PENSION BENEFIT PAYMENT

*Section 6.01    Normal Retirement Pension – Eligibility*

A Vested Participant shall be entitled to retire and receive a Normal Retirement Pension on or after his or her attainment of Normal Retirement Age.

*Section 6.02    Normal Retirement Age*

(a) Effective January 1, 1988, the term "Normal Retirement Age" means the later of:

(1)     age 65, or

(2)     the fifth anniversary of a Participant's Plan participation.

(b) Participation before a Permanent Break is disregarded in applying this subsection.

*Section 6.03    Normal Retirement Pension – Amount*

The normal retirement benefit payable to a Participant shall be the Participant's monthly Accrued Benefit. The normal retirement benefit is payable from and after the Normal Retirement Date of a Vested Participant in the Guaranteed Five-Year Pension form. The monthly payment amount is equal to the Accrued Benefit of a Participant on his Normal Retirement Date.

*Section 6.04    Late Retirement Pension – Eligibility*

A Participant may remain in the active service of an Employer or otherwise delay retirement past Normal Retirement Age up to his or her Required Beginning Date. Payment will only begin with the filing of an application for benefits.

*Section 6.05    Late Retirement Pension – Amount*

(a) The amount of a Participant's late retirement benefit will be determined by adding the Participant's benefit accrual for Pension Credits or Employer contributions for Hours of Service after his or her Normal Retirement Date to his or her adjusted Normal Retirement Pension.

(b) The benefit for any Pension Credits or Employer contributions earned after Normal Retirement Age is calculated annually in the same fashion as a Post-Retirement Increase for a retired Participant on resumption of payment and then is adjusted for additional delay in payment based on the later payment date.

(c) The adjusted Normal Retirement Pension is determined by:

    (1)    Increasing by one percent (1%) the monthly Normal Retirement Pension (not including any Pension Credits earned or Employer contributions for Hours of Service after Normal Retirement Age) for the first sixty (60) months of delay; and

    (2)    beginning with the sixty-first (61st) month of delay, increasing by one and one-half percent (1.5%) the monthly Normal Retirement Pension (not including any Pension Credits earned or Employer contributions for Hours of Service on or after Normal Retirement Age).

    (3)    The actuarial increase will apply for each complete calendar month between Normal Retirement Age and the Annuity Starting Date for which benefits were not subject to suspension by reason of continued work.

    (4)    If a Participant first becomes entitled to additional benefits after Normal Retirement Age, whether through additional work or because of a benefit increase, no actuarial increase will be applied to such additional benefits.

*Section 6.06    Mandatory Payment of Benefits*

(a) Notwithstanding any provision of the Plan to the contrary, the Plan will begin benefit payments to all Participants, whose current mailing address is known with reasonable certainty to the Plan, by their required beginning dates under the following rules, whether or not they apply for benefits.

(b) For Plan Years beginning on or after January 1, 1989 through December 31, 1998, a Participant's required beginning date is April 1 of the Calendar Year following the Calendar Year in which the Participant attains age 70 ½.

(c) Effective January 1, 1999, a Participant's required beginning date is the later of the April 1 of the Calendar Year following the Calendar Year in which the Participant attains age 70 ½ or retires except that benefit distributions to a 5% owner must commence by the April 1 of the Calendar Year following the Calendar Year in which the Participant attains age 70 ½. The age 70 ½ distribution is only eliminated with respect to Participants who reach age 70 ½ in or after a Calendar Year that begins after 1998.

(d) A Participant is treated as a 5% owner for purposes of this section if the Participant is a 5% owner as defined in IRC 416 at any time during the Plan Year ending with or within the Calendar Year in which the Participant attains age 70 ½. Once distributions have begun to a 5% owner under this section, they will continue to be distributed, even if the Participant ceases to be a 5% owner in a subsequent year.

*Section 6.07    Mandatory Payment - Amount*

(a) Absent an earlier application for benefits, the Plan will establish the Participant's Required Beginning Date as his or her Annuity Starting Date and make benefits payments under the following rules.

(b) The amount of a Participant's mandatory payment will be determined in the same fashion as a Late Retirement Pension starting on the Required Beginning Date, except as otherwise provided below.

(c) The form of payment shall be as follows.

> (1)    If the Actuarial Equivalent lump sum value of the Participant's mandatory payment is no more than $3,500 or, effective January 1, 1998, $5,000, the benefit shall be paid in a single sum.

> (2)    In any other case, payment will be made in the form of a Husband-and-Wife Pension calculated on the assumptions that the Participant is and has been married for at least one year by the date payments start and that the husband is three years older than the wife.

(d) The benefit payment form specified here will be irrevocable once it begins, except as follows:

> (1)    The form may be changed to a single-life annuity if the Participant proves that he or she did not have a Qualified Spouse (including an Alternate Payee under a Qualified Domestic Relations Order) on the Required Beginning Date

**IUPAT INDUSTRY PENSION PLAN**                                        **PAGE 27**

    (2)    the amounts of future benefits will be adjusted based on the actual age difference between the Participant and Spouse if proven to be different from the age assumptions.

(e) A Participant's mandatory payment is actuarially increased to take into account the period after age 70 ½ in which the Employee does not receive any benefits under the Plan. The actuarial increase begins on the April 1 following the Calendar Year in which the Employee attains age 70 ½ ( or January 1, 1997 in the case of an Employee who attained age 70 ½ before 1996) and ends on the date benefit distributions are sufficient to satisfy IRC 401(a)(9).

(f) The amount of the actuarial increase must be no less than the Actuarial Equivalent of the Participant's mandatory payment at the Required Beginning Date plus the Actuarial Equivalent of additional benefits accrued after the Required Beginning Date, reduced by the Actuarial Equivalent of any distributions made after the Required Beginning Date, as of the date that benefit distributions are sufficient to satisfy IRC 401(a)(9).

(g) The actuarial increase is the same as, and not in addition to, the actuarial increase required for a Late Retirement Pension except that the actuarial increase on a mandatory payment is required even for months that the Participant is engaged in suspendible work. The actuarial increase under this subsection will reduce the additional benefits accrued after Normal Retirement Age, except that the rules on the suspension of benefits are not applicable, to the extent permitted under IRC 411(b)(1)(H).

*Section 6.08    Special Early Retirement Pension - Eligibility*

(a) An Active Employee whose Annuity Starting Date is on or after January 1, 1993, and who is an Active Employee as of January 1, 1993, shall be entitled to retire on a special early retirement pension if he or she:

    (1)    has attained age 62;

    (2)    has at least 45,000 Benefit Hours, and

    (3)    has accrued at least 1,800 Benefit Hours during the Contribution Period, or worked at least 1,800 Hours of Service in Covered Employment during the 24 months following the beginning of the Contribution Period.

(b) An Active Employee whose Annuity Starting Date is on or after January 1, 1999 shall be entitled to retire on a special early retirement pension if he or she:

    (1)    has attained age 55; and

    (2)    has at least 54,000 Benefit Hours, and

**IUPAT INDUSTRY PENSION PLAN**                                    **PAGE 28**

(3)     has accrued at least 1,800 Benefit Hours during the Contribution Period, or worked at least 1,800 Hours of Service in Covered Employment during the 24 months following the beginning of the Contribution Period.

(c) An Active Employee whose Annuity Starting Date is on or after January 1, 2003 shall be entitled to retire on a special early retirement pension is he or she:

(1)     has at least 60,000 Benefit Hours, and,

(2)     has accrued at least 1,800 Benefit Hours during the Contribution Period, or has worked at least 1,800 Hours of Service in Covered Employment during the 24 months following the beginning of the Contribution Period.

(d) Eligibility for a Special Early Retirement Pension shall be delayed for work in Noncovered Employment as provided for an Early Retirement Pension.

*Section 6.09    Special Early Retirement Pension - Amount*

The amount of the special early retirement pension is a Participant's Accrued Benefit as of his or her Annuity Starting Date.

*Section 6.10    Early Retirement Pension —Eligibility*

(a) An Active Employee shall be entitled to retire on an early retirement pension if he or she meets the following requirements:

(1)     attainment of age 55 but not yet age 65;

(2)     has at least 18,000 Benefit Hours; and

(3)     has at least 1,800 Benefit Hours during the Contribution Period, or with at least 1,800 Hours of Service in Covered Employment during the 24 months following the beginning of the Contribution Period.

(b) Effective January 1, 1990, for every calendar quarter in which a Participant or an Employee or a former Participant or Employee, performs at least one hour of Noncovered Employment, the Early Retirement Date of said Participant or Employee or former Participant or Employee will be delayed six (6) months with respect to any benefit accrued on or after December 31, 1989. The Participant's Accrued Benefit as of December 31, 1989, shall remain payable in accordance with the terms of the Plan in effect on that date.

*Section 6.11    Early Retirement Pension - Amount*

(a) The early retirement pension shall be a monthly amount determined as follows:

**IUPAT INDUSTRY PENSION PLAN**          **PAGE 29**

(1)    The first step is to determine the Participant's Accrued Benefit based on service to the Annuity Starting Date.

(2)    The second step, to take into account the fact that the Participant is younger than age 65, is to reduce the Accrued Benefit for each month that the Participant is younger than age 65 on the Annuity Starting Date. The reduction is 1/4% per month for Active Employees with an Annuity Starting Date on or after January 1, 1999, and ½% per month for other Participants.

*Section 6.12    Disability Pension — Eligibility*

(a) A Participant shall be entitled to retire on a disability pension if he or she meets the following requirements:

(1)    He or she is Totally and Permanently Disabled prior to attainment of age 65;

(2)    has at least 18,000 Benefit Hours;

(3)    has at least 1,800 Benefit Hours during the Contribution Period, or at least 1,800 Hours of Service in Covered Employment during the 24 months following the beginning of the Contribution Period;

(4)    has at least 1,000 Hours of Service in Covered Employment in the two Calendar Years prior to the year in which he or she became disabled;

(5)    has not at any time performed any Noncovered Employment, and

(6)    applies for a disability pension prior to, or within 12 months following the Social Security disability award determination.

(b) The Trustees may, at any time or from time to time, require evidence of continued entitlement to Social Security Administration disability benefits.

(c) In view of the fact that a substantial delay in the commencement of a disability pension can result from the length of time the Social Security Administration takes to make a determination, a Participant who is eligible for an Early Retirement Pension and who has not elected payment in the Level Income Option form may make application to receive an Early Retirement Benefit for the period during which the Social Security determination is being made. The pension will convert to a disability pension upon the Social Security disability award. This conversion will be allowed only if the Social Security determination is obtained within a 24-month period following application for Social Security disability benefits and only if the Social Security disability benefits application is filed at the same time the Participant applies to the Plan for an Early Retirement Pension.

**IUPAT INDUSTRY PENSION PLAN**            **PAGE 30**

*Section 6.13    Disability Pension - Amount*

(a) The disability pension benefit shall be a monthly amount determined as follows:

     (1)    The first step is to determine the Participant's Early Retirement Pension based on Hours of Service to the Annuity Starting Date. If the Participant is younger than 55 years of age, it shall be presumed for the purpose of this step that the Participant is age 55.

     (2)    The second step is to increase by 10% the monthly amount determined above, but in no event is the monthly amount to be greater than the Accrued Benefit.

(b) Notwithstanding the foregoing, for a Participant who has earned at least 54,000 Benefit Hours and who retires under a disability pension, the amount of the disability pension shall be the Participant's full Accrued Benefit at his or her Annuity Starting Date, regardless of the age of the Participant.

(c) Payment of the disability pension shall commence on the Annuity Starting Date and shall continue thereafter, for so long as the disabled Pensioner remains Totally And Permanently Disabled or until Normal Retirement Age.

(d) Upon attainment of Normal Retirement Age without recovery from Total and Permanent Disability, a disabled Pensioner's benefits shall be converted to a Normal Retirement Pension and continue whether or not the Pensioner remains Totally and Permanently Disabled.

(e) Where the date of entitlement to Social Security disability benefits is prior to the Participant's Annuity Starting Date of the disability pension, the initial benefit payment shall equal the disability pension monthly benefit plus a retroactive amount. The retroactive amount equals the disability pension monthly benefit amount times the number of months between the Participant's Annuity Starting Date and the latest entitlement to Social Security disability benefits, the first day of the month following the month in which the Participant last worked in Covered Employment or twelve (12) months before a pension application was filed with the Plan, less any amounts paid as an Early Retirement Pension.

(f) Notwithstanding any provision of the Plan to the contrary, the disability pension shall be paid as a Husband-and-Wife Pension, subject to waiver, or any other optional form of payment that is the Actuarial Equivalent of benefits payable that is available to the Participant under the Plan. The 60-month guarantee of pension payments applies to disability pensions.

*Section 6.14    Effect of Recovery by a Disabled Pensioner*

(a) If a disabled Pensioner loses entitlement to Social Security disability benefits prior to Normal Retirement Age, such fact shall be reported in writing to the Trustees within 21 days of the date that the Pensioner receives notice of such loss from the Social Security Administration. If such written notice is not furnished, he or she will not, upon his subsequent Retirement before Normal Retirement Age, be eligible for benefits for a period equal to:

**IUPAT INDUSTRY PENSION PLAN**                    **PAGE 31**

    (1)    the number of months after the Participant received notice of the termination of the Social Security disability benefits and received a Disability Pension under this Plan,

    (2)    plus six (6) months.

(b) If the Participant appeals the decision of the Social Security Administration and so notifies the Plan, disability benefits under this Plan will continue while the matter is on appeal. In the event the appeal is denied by the Social Security Administration, the Disability Pension provided by this Plan will cease on the date of such denial. If the Participant demonstrates that the appeal was made in good faith (by providing letters from physicians or comparable evidence, etc.), all Disability Pension amounts paid by this Plan prior to the final denial by the Social Security Administration shall not be refundable to this Plan. Any amounts paid after the loss of Social Security disability benefits in other circumstances, with or without timely notice to the Plan, will be treated as an overpayment of benefits and their Actuarial Equivalent will be offset against future benefits absent earlier repayment to the Plan.

(c) A disabled Pensioner who is no longer entitled to Social Security disability benefits may again return to Covered Employment and resume the accrual of benefits and be entitled to a future pension from the Plan unaffected by the prior receipt of a Disability Pension.

*Section 6.15    Early Vested Pension — Eligibility*

(a) A Vested Participant shall be entitled to retire on an early vested pension if he or she meets the following requirements:

    (1)    attainment of age 55 but not yet age 65, and

    (2)    has at least 5 Years of Vesting Service.

(b) Eligibility for a vested early pension shall be delayed for work in Noncovered Employment as provided for an Early Retirement Pension.

*Section 6.16    Early Vested Pension - Amount*

(a) The early vested pension shall be a monthly amount determined as follows.

(b) The first step is to determine the Participant's Accrued Benefit based on Hours of Service and Employer contributions to the Annuity Starting Date.

(c) The second step, to take into account the fact that the Participant is younger than Normal Retirement Age, is to reduce the Accrued Benefit for each month that the Participant is younger than Normal Retirement Age by ½ of 1% per month.

## IUPAT INDUSTRY PENSION PLAN                                    PAGE 32

*Section 6.17    Partial Pension - Eligibility*

(a) An Employee shall be eligible for a partial pension under this Plan if he or she satisfies the following requirements.

(b) The Employee is eligible for any type of pension under this Plan if Reciprocal Pension Credit is treated as service under this Plan.

(c) The Employee has at least one year of pension credit for benefit accrual purposes under each of the Signatory Plans (inclusive of reciprocal pension credits).

(d) In the case of an Employee applying for a pension based on disability, the Employee is able to meet the definition of disability in this Plan.

(e) In the case of an Employee applying for a pension based on age, the Employee meets the minimum age requirement in this Plan.

*Section 6.18    Partial Pension - Amount*

(a) The amount of the partial pension payable under this Plan for which an Employee qualifies shall be the benefit amount accrued under this Plan during the period the Employee earned the Reciprocal Pension Credit. The amount is the excess of the benefit calculated under the Plan with Reciprocal Pension Credit over the benefit that would be paid by the Plan in the absence of Reciprocal Pension Credit.

(b) If an Employee leaves the jurisdiction of the Plans and the benefit level in the Plan is later increased, partial pension benefits shall be computed at the benefit level in effect at the time the Employee last earned a pension credit (for purposes of the IUPAT Reciprocal Pension Agreement) under the Plan.

*Section 6.19    Partial Pension – Payment Forms*

(a) The payment of a Partial Pension shall be subject to all of the conditions contained in this Plan applicable to types of pensions. An Employee who is eligible for more than one type of pension under this Plan as a partial pension shall be entitled to elect the type of pension he or she will receive.

(b) The Partial Pension is not available in the Social Security Level Income Option, Combined Level Income and Joint and Survivor Option or Lump-Sum Payment Option.

(c) The Partial Pension and Reciprocal Pension Credit shall not apply in calculating any pre-retirement death or survivor's benefits, other than benefits required by applicable law.

*Section 6.20    Non-Duplication of Pensions*

(a) A person shall be entitled to only one pension at a time.

**IUPAT INDUSTRY PENSION PLAN**                                    **PAGE 33**

(b) A person who elects a certain type of benefit may not subsequently elect a different or additional benefit, except that:

    (1)    An Early Retirement Pension can be converted to a Disability Pension.

    (2)    A Disabled Pensioner who recovers may be entitled to a different kind of pension; and

    (3)    A Pensioner may also receive a pension as the Spouse or Beneficiary of a deceased Pensioner.

*Section 6.21    Taxes*

The Trustees shall withhold federal taxes and may, regardless of any preemption of state law, withhold state and local income tax, and any other applicable taxes, from benefit payments as they, in their discretion, find appropriate for the protection of the Plan.

## ARTICLE 7. STANDARD PENSION PAYMENT FORMS

*Section 7.01    General Payment Restrictions*

(a) Any benefit due a Participant, Spouse, or Beneficiary will be paid only on application after separation from service in the Painters and Allied Trades Industry, death, disability or termination of the Plan unless otherwise required by law.

(b) Payment will be made only in the manner and at the time provided by the Plan.

(c) No benefits under the Plan are payable for any period before submission of a complete application except as specifically provided in the Plan or required by applicable law.

(d) Pension payments shall end with the payment for the month in which the death of the Pensioner occurs except as otherwise expressly provided in the Plan.

*Section 7.02    Commencement of Benefits Generally*

(a) Subject to the filing of an application for benefits with the Plan, payment of benefits shall begin no later than the 60th day after the end of the Calendar Year in which the latest of the following occurs.

    (1)    The Participant attains age 65 or, if earlier, Normal Retirement Age;

    (2)    the 5th anniversary of the Participant's most recent Entry Date

    (3)    the date the Participant terminates employment with the Employers.

**IUPAT INDUSTRY PENSION PLAN**                                      **PAGE 34**

(b) A Participant may postpone the commencement of benefits, except that no such election, filed on or after January 1, 1989, may postpone the commencement of benefits to a date later than the Participant's Required Beginning Date.

*Section 7.03    Married Participants - General Rules*

(a) A pension (including a Disability Pension) payable to a Participant with a Spouse on his or her Annuity Starting Date after January 1, 1976 is paid as a 50% Husband-and-Wife Pension unless:

> (1)    the Participant elects otherwise with, after December 31, 1984, the consent of his or her Spouse
>
> (2)    the Spouse is not a Qualified Spouse,
>
> (3)    the benefit is payable only in a single sum, or
>
> (4)    the Participant elects the 75% or 100% Joint and Survivor Benefit with the Spouse as Beneficiary.

(b) If a married Vested Participant dies after August 22, 1984, but before his or her Annuity Starting Date, a Pre-retirement Surviving Spouse Pension shall be payable to his or her Qualified Spouse at death.

(c) No other death benefits are payable to the Participant's Beneficiary.

*Section 7.04    Single Participants - General Rules*

(a) A pension (including a Disability Pension) payable to a Participant, with no current Spouse on his or her Annuity Starting Date or with an Annuity Starting Date before January 1, 1976, is paid as a Guaranteed Five-Year Pension unless:

> (1)    the Participant elects otherwise, or
>
> (2)    the benefit is payable only in a single sum.

(b) If the Participant dies before receiving a total of 60 payments, a death benefit equal to the remaining guaranteed payments will be paid to the Participant's Beneficiary.

*Section 7.05    Small Benefits*

(a) Notwithstanding any other provision of this Plan, if the single sum Actuarial Equivalent of a benefit payable under the Plan is $3,500 or, effective January 1, 1998, $5,000 or less, the benefit shall be paid in a single sum. No Participant or spousal consent is required for payment under this provision.

**IUPAT INDUSTRY PENSION PLAN**                                    **PAGE 35**

(b) The single sum shall be the Actuarial Equivalent of the benefit otherwise payable under the Plan as of the Annuity Starting Date of a Participant, Spouse or Beneficiary, except that the interest assumption shall be 7% if that would produce a larger single sum payment.

*Section 7.06    Husband-and-Wife Pension at Retirement — Standard Form of Benefit Payment for Married Participants*

(a) A Husband-and-Wife Pension is the normal form of payment to a Participant with a Qualified Spouse on his Annuity Starting Date. Under this form, the Participant will receive an adjusted monthly amount for life, and, if the Participant dies before a Qualified Spouse, the surviving Spouse will receive a lifetime monthly benefit equal to 50% of the Participant's adjusted monthly amount.

(b) The monthly amount paid during the life of the Participant shall be a percentage of the full monthly amount otherwise payable as a single life pension (after adjustment, if any, for early retirement) with an adjustment as follows:

    (1)    The percentage of the Participant's pension shall be 90% plus 0.4% for each full year that the Spouse is older than the Participant. In no event is the percentage to be greater than 99%.

    (2)    The percentage of the Participant's pension shall be 90% minus 0.4% for each full year that the Spouse is younger than the Participant.

(c) If the 50% Husband-and-Wife Pension would be payable except for the fact that the Spouse is not a Qualified Spouse on the Annuity Starting Date because the Participant and Spouse have not been married for at least a year at that time, pension payments to the Participant shall be made in the amount adjusted for the 50% Husband-and-Wife Pension and continue so long as the Participant and Spouse have been married for at least a year at the time of the Participant's death. If the Participant and Spouse have not been married to each other for at least a year before the death of the Participant, the difference between the amounts that had been paid and the amounts that would have been paid if the monthly amount had not been adjusted shall be paid to the Spouse, if then alive, and otherwise to the Participant's Beneficiary. No further survivor benefits are payable to a Participant's Spouse in this instance.

*Section 7.07    Waiver of Husband-and-Wife Pension*

(a) The Husband-and-Wife Pension may be waived in favor of another form of distribution only as provided in this section.

(b) A waiver is only effective under the following conditions.

    (1)    The Participant files a timely waiver in writing in such form as the Trustees may prescribe.

(2)    The Participant's Spouse acknowledges the effect of the waiver and consents to it with a specific designation of the alternative form of payment in writing before a notary public or such representative of the Plan as the Trustees may designate for that purpose on a timely basis.

(3)    A waiver of the spousal benefit described in this section shall not be effective if someone other than the Participant's Spouse is named as Beneficiary under the Plan, unless the Spouse has acknowledged the designation of the alternate Beneficiary in connection with his or her consent to the Participant's waiver of the spousal benefit, in writing, witnessed by a notary public or such representative of the Plan as the Trustees may designate for that purpose.

(c) Spousal consent is not required if the Participant establishes to the satisfaction of the Trustees:

(1)    that there is no Spouse,

(2)    that the Spouse cannot be located,

(3)    that the Participant and Spouse are legally separated or the Participant has been legally abandoned (within the meaning of local law) and a court order to that effect has been received by the Plan.

(d) If the Spouse is legally incompetent, consent may be given by his or her legal guardian, even if the legal guardian is the Participant.

(e) A waiver and any required consent must be filed with the Trustees:

(1)    within the 90-day period before the Annuity Starting Date, and

(2)    after receipt of the Plan's explanation of the available benefit payment options and their financial impact. Such information is to be provided no more than 90 nor fewer than 30 days prior to the Annuity Starting Date.

(f) For distributions after December 31, 1996, the Annuity Starting Date for a distribution in a form other than a 50% Husband-and-Wife Pension may be less than 30 days after receipt of the written explanation provided:

(1)    The Participant has been provided with information that clearly indicates that the Participant has at least 30 days to consider whether to waive the 50% Husband-and-Wife Pension and elect (with spousal consent) to a form of distribution other than a 50% Husband-and-Wife Pension;

(2)    The Participant is permitted to revoke any affirmative distribution election at least until the Annuity Starting Date or, if later, at any time prior to the

expiration of the seven (7) day period that begins the day after the explanation of the 50% Husband-and-Wife Pension is provided to the Participant; and

(3)     The Annuity Starting Date is a date after the date that the written explanation was provided to the Participant.

(g) A Spouse's consent to a waiver of the Husband-and-Wife Pension shall be effective only with respect to that Spouse, and shall be irrevocable unless the Participant revokes the waiver to which it relates.

(h) A waiver may be revoked or a new waiver filed at any time before the Annuity Starting Date or, if later, 30 days after receipt of the Plan's detailed explanation of the available benefit payment options and their financial impact. A Husband-and-Wife Pension may not thereafter be revoked nor the Pensioner's benefits increased by reason of subsequent divorce or death of the Spouse before the death of the Participant.

*Section 7.08    Pre-retirement Surviving Spouse Pension*

(a) If a Vested Participant who has a Qualified Spouse dies before his Annuity Starting Date, a Pre-retirement Surviving Spouse Pension shall be paid to his or her surviving Qualified Spouse.
(b) If the Vested Participant dies on or after his or her Early Retirement Date, the surviving Qualified Spouse shall be entitled to a lifetime surviving spouse pension determined as if the Vested Participant had retired with a Husband-and-Wife Pension on the day before he or she died.

(b) If the Vested Participant dies before his or her Early Retirement Date, the surviving Qualified Spouse shall be entitled to a lifetime surviving spouse pension determined as if the Vested Participant had separated from service under the Plan on the earlier of the date last worked in Covered Employment or the date of death, survived to Early Retirement Age, if applicable, or Normal Retirement Age, retired at that age with an immediate 50% Husband-and-Wife Pension, and died the next day. In other words, the Pre-retirement Surviving Spouse Pension begins when the Participant would have attained his or her earliest retirement age and equals 50% of the pension amount the Participant would have been entitled to receive, after adjustment, if any, for early retirement, in the 50% Husband-and-Wife Pension form. The amount shall be determined under the terms of the Plan in effect when the Participant last worked in Covered Employment, unless otherwise expressly specified.

(c) If the Qualified Spouse of a deceased Participant dies before the Annuity Starting Date for a Pre-retirement Surviving Spouse Pension, the benefit shall be forfeited and no payments shall be made to any other party.

*Section 7.09    Waiver of Pre-retirement Surviving Spouse Pension*

(a) The Pre-retirement Surviving Spouse Pension may be waived by a Participant with the consent of his or her Spouse in the same manner as the Husband-and-Wife Pension with the following limitations.

**IUPAT INDUSTRY PENSION PLAN**                                    **PAGE 38**

(b) The Pre-retirement Surviving Spouse Pension may only be waived in the following periods.

    (1)    The period which begins on the first day of the Plan Year in which the Participant attains age 35 and ends on the date of the Participant's death.

    (2)    If a Participant separates from service with the Employers prior to the first day of the Plan Year in which age 35 is attained, with respect to benefits accrued prior to separation, the election period shall begin on the date of separation.

(c) A Participant who will not yet attain age 35 as of the end of any current Plan Year may make a special qualified election to waive the Pre-retirement Surviving Spouse Pension for the period beginning on the date of such election and ending on the first day of the Plan Year in which the Participant will attain age 35. Such election will not be valid unless the Participant receives a written explanation of the Pre-retirement Surviving Spouse Pension that is comparable to the explanation required for waiver of the Husband-and-Wife Pension. Coverage under the Pre-retirement Surviving Spouse Pension will be automatically reinstated as of the first day of the Plan Year in which the Participant attains age 35. Any new waiver on or after such date shall be subject to the full requirements of this section.

(d) A waiver of the Pre-retirement Surviving Spouse Pension shall be void if someone other than the Participant's Spouse is named as Beneficiary under the Plan, unless the Spouse has acknowledged the designation of the alternate Beneficiary in connection with his or her consent to the Participant's waiver of the spousal benefit. The consent must be in writing and be witnessed by a notary public or such representative of the Plan as the Trustees may designate for that purpose.

*Section 7.10    Pre-retirement Surviving Spouse Pension – Spouse Alternatives*

(a) A Pre-retirement Surviving Spouse Pension shall not be paid in the form, manner or amount described above if one of the following alternatives applies.

(b) After the death of a Participant, a surviving Qualified Spouse may waive the Pre-retirement Surviving Spouse Pension or a portion thereof in favor of an Optional Form that is available to the Spouse. The Spouse must file a written waiver in such form as the Trustees may prescribe. If the Spouse is legally incompetent, a waiver or consent may be given by his or her legal guardian.

(c) If the Actuarial Equivalent lump sum value of the benefit is less than $3,500 or, effective January 1, 1998, $5,000, the Trustees shall make a single-sum payment to the Spouse in an amount equal to that lump sum, in full discharge of the Pre-retirement Surviving Spouse Pension. The lump sum value shall be the Actuarial Equivalent of the Pre-retirement Surviving Spouse Pension or a lump sum determined using a 7% interest assumption, if that would produce a higher payment.

(d) The Spouse may elect in writing, filed with the Trustees, and on whatever form they may prescribe, to defer commencement of the Pre-retirement Surviving Spouse Pension until a specified date that is no later than the first day of the month on or immediately before the date