*Participant* ...

(a) an Employee who meets the requirements for participation in the Plan and has not terminated participation, or

(b) a former Employee who is a Vested Participant.

*Partial Pension* ... Plan 6.17, 6.18, 6.19.

*Participation Agreement* ... an agreement between a person or organization and the Trustees for contributions to the Plan consistent with Plan 12.02, 12.04.

*PBGC* ... the Pension Benefit Guaranty Corporation, a federal agency and corporation.

*Pension Credit* ... the units of credit based on periods of employment before the Contribution Period, Hours of Service in Covered Employment and/or contributions which are accumulated and maintained for Employees in accordance with Plan 5.02, 5.03, 5.04, 5.05 and the break-in-service rules of the Plan for work before January 1, 2003.

*Pensioner* ... a former Employee to whom this Plan pays a pension, or to whom a pension would be paid but for delay due to administrative processing of a claim for benefits under the Plan.

*Permanent Break* ... Plan 4.12.

*Plan* ...this document and any modification, amendment, extension or renewal thereof or, if required by context, the International Painters and Allied Trades Industry Pension Plan as an entity sponsored by the Trustees under ERISA.

*Plan Administrator* ... Plan 2.02.

*Plan Year* ...a fiscal year of the Plan, currently the Calendar Year.

*Post-Retirement Increase* ... Plan 5.14.

*Pre-1980 Terminated Unit Contributions* ... Plan 11.17.

*Pre-retirement Death Benefit* ... Plan 7.14, 7.15.

*Pre-retirement Surviving Spouse Pension* ... Plan 7.08.

*Qualified Domestic Relations Order* ... ERISA 206(d)(3)(B)(i).

*Qualified Military Service* ...Plan 4.11 and IRC 414(u).

*Qualified Spouse* ... a Spouse to whom a Participant was married:

(a) on the Participant's Annuity Starting Date and for at least one year before the Annuity Starting Date;

(b) for at least one year before his or her death, or

(c) on his or her Annuity Starting Date and for at least a year before the Participant's death.

(d) If the couple were divorced after being married for at least one year, a former Spouse is required to be treated as a Spouse under a Qualified Domestic Relations Order.

*Reallocated Liability*... Plan 11.10

*Reciprocal Pension Credit* ... the benefit accrual credit under a Signatory Plan that is required to be recognized by the Plan for eligibility or benefit amount purposes pursuant to the IUPAT Pension Reciprocal Agreement and applicable law.

*Required Beginning Date*... Plan 6.06(b), 6.06(c), 6.06(d) and IRC 401(a)(9).

*Restricted Benefits* ... Treasury regulation [26 C.F.R.] §1.401(a)(4)-5(b)(3)(iii).

*Restricted Employee*... a Highly Compensated Employee who is not excluded from discrimination rules under the IRC and regulations and is described in 26 C.F.R. §1.401(a)(4)-5(b)(3)(ii).

*Retired or Retirement* ...a separation from Industry Service that is expected to be permanent and, except as excused by the Plan or applicable law, the filing of an application for benefits with the Plan.

*Signatory Plan* .. a multiemployer defined benefit plan that is party to the IUPAT Pension Reciprocal Agreement and is a qualified plan under IRC 401.

*Social Security Level Income Option* ... Plan 8.03.

*Social Security Retirement Age*... IRC 415(b)(8).

*Special Early Retirement Pension* ... Plan 6.08, 6.09.

*Spouse*... a person to whom a Participant is considered married under applicable law, and, if and to the extent provided in a Qualified Domestic Relations Order, a Participant's former spouse.

*Super Top-Heavy Plan* ... IRC 416(h)(2)(B)

*Ten Year Certain Option*... Plan 8.05.

*Title IV Vested Benefits* ... Plan 11.07.

*Top-Heavy Group* ... IRC 416(g)(2)(B)

*Top-Heavy Plan* ... IRC 416(g)(1)

*Trust*... the International Brotherhood of Painters and Allied Trades Union and Industry Pension Fund, established by the Trust Agreement and shall mean generally the monies and other items of value which comprise the corpus and additions thereto, received or held for or on behalf of the Trustees.

*Total and Permanent Disability or "totally and permanently disabled"*... an illness or injury that has resulted in a determination by the Social Security Administration that the Participant is entitled to Social Security disability benefits.

*Trust Agreement* ... Trust Agreement establishing the International Brotherhood of Painters and Allied Trades Union and Industry Pension Fund, originally dated April 1, 1967, any modification, amendment, extension or renewal thereof, a restated Trust Agreement establishing the International Painters and Allied Trades Industry Pension Fund, dated 1999 and any modification, amendment, extension or renewal thereof.

*Trustees*... the persons appointed as trustees pursuant to the Trust Agreement, and the successors of such person from time to time in office, in their collective capacity as the plan administrator and plan sponsor of the Plan under ERISA and their designated agents.

*20 -Year Payment Limitation* .. Plan 11.21 and ERISA 4219(c)(1)(B).

*Unfunded Vested Liability*... Plan 11.06 and ERISA 4211(b).

*Union* ... the International Union of Painters and Allied Trades, formerly known as the International Brotherhood of Painters and Allied Trades, and its affiliated Local Unions and District Councils, jointly or severally.

*Union Alumni*... an Eligible Employee who is not currently working under a Collective Bargaining Agreement but who may be treated as a "collectively-bargained" employee under Treasury regulation [26 C.F.R.] 1.410(b) – 6(d)(2)(ii).

*Union Employee*... an Employee represented by Union or another labor organization who is included in a unit which automatically satisfies the requirements of IRC 410(b), other than Union Alumni.

*Union-Industry Related Organization* ...a health and welfare fund, joint apprenticeship committee, joint trade board, State AFL-CIO, building trades council, or other organization, in which a Local Union or District Council participates and which furthers the purpose of or benefits the Employees represented by such Local Union or District Council for purposes of collective bargaining.

*Vested Participant*... Plan 4.01.

*Withdrawal Liability* ... Plan 11.12, 11.23, 11.24.

*Years of Vesting Service* ... Plan 4.06.

## ADOPTION & SIGNATURE

Witness our signatures, pursuant to authority granted by the full Board of Trustees, to memorialize our action and the prior resolutions of the Trustees to amend and restate the International Painters and Allied Trades Industry Pension Plan, effective as of January 1, 2003.

| EMPLOYER TRUSTEES | UNION TRUSTEES |
|---|---|
| By: _____ | By: _____ |
| Ralph A. Trallo, Co-Chair | James A. Williams, Co-Chair |
| Date: January 28, 2004 | Date: January 28, 2004 |

**IUPAT INDUSTRY PENSION PLAN**          **TABLE 1 PAGE 1**

| | Table 1 | |
| --- | --- | --- |
| | IUPAT Industry Pension Plan | |
| | Contribution Rate - Standard Benefit Rate | |
| | Monthly benefit rate in effect for Active Employees | |
| | on or after January 1, 1999 | |
| Employer Contribution Rate | Standard Benefit Rate Pre-1988 Service Per Unit | Standard Benefit Rate Post-1987 Service Per Unit |
| $0.05 | $0.18 | $0.20 |
| $0.10 | $0.36 | $0.40 |
| $0.15 | $0.54 | $0.60 |
| $0.20 | $0.72 | $0.79 |
| $0.25 | $0.90 | $0.99 |
| $0.30 | $1.08 | $1.19 |
| $0.35 | $1.26 | $1.39 |
| $0.40 | $1.44 | $1.59 |
| $0.45 | $1.62 | $1.79 |
| $0.50 | $1.80 | $1.98 |
| $0.55 | $1.99 | $2.18 |
| $0.60 | $2.17 | $2.38 |
| $0.65 | $2.35 | $2.58 |
| $0.70 | $2.53 | $2.78 |
| $0.75 | $2.71 | $2.98 |
| $0.80 | $2.89 | $3.18 |
| $0.85 | $3.07 | $3.37 |
| $0.90 | $3.25 | $3.57 |
| $0.95 | $3.43 | $3.77 |
| $1.00 | $3.61 | $3.97 |
| $1.05 | $3.77 | $4.14 |
| $1.10 | $3.93 | $4.32 |
| $1.15 | $4.09 | $4.50 |
| $1.20 | $4.25 | $4.67 |

**IUPAT INDUSTRY PENSION PLAN**                               **TABLE 1 PAGE 2**

| | | |
|---|---|---|
| $1.25 | $4.41 | $4.85 |
| $1.30 | $4.56 | $5.01 |
| $1.35 | $4.71 | $5.18 |
| $1.40 | $4.86 | $5.34 |
| $1.45 | $5.01 | $5.51 |
| $1.50 | $5.16 | $5.67 |
| $1.55 | $5.30 | $5.83 |
| $1.60 | $5.44 | $5.98 |
| $1.65 | $5.58 | $6.14 |
| $1.70 | $5.72 | $6.29 |
| $1.75 | $5.86 | $6.44 |
| $1.80 | $5.99 | $6.59 |
| $1.85 | $6.12 | $6.73 |
| $1.90 | $6.25 | $6.88 |
| $1.95 | $6.38 | $7.02 |
| $2.00 | $6.51 | $7.16 |
| $2.05 | $6.63 | $7.30 |
| $2.10 | $6.76 | $7.43 |
| $2.15 | $6.88 | $7.57 |
| $2.20 | $7.01 | $7.71 |
| $2.25 | $7.13 | $7.85 |
| $2.30 | $7.25 | $7.98 |
| $2.35 | $7.37 | $8.11 |
| $2.40 | $7.49 | $8.24 |
| $2.45 | $7.61 | $8.37 |
| $2.50 | $7.73 | $8.51 |
| $2.55 | $7.85 | $8.64 |
| $2.60 | $7.97 | $8.77 |
| $2.65 | $8.09 | $8.90 |
| $2.70 | $8.21 | $9.03 |
| $2.75 | $8.33 | $9.16 |
| $2.80 | $8.45 | $9.29 |
| $2.85 | $8.57 | $9.42 |
| $2.90 | $8.69 | $9.55 |
| $2.95 | $8.85 | $9.65 |
| $3.00 | $8.97 | $9.78 |
| $3.05 | $9.09 | $9.91 |
| $3.10 | $9.21 | $10.04 |

IUPAT INDUSTRY PENSION PLAN

Version 2 - 1/1/2003 RESTATEMENT

**IUPAT INDUSTRY PENSION PLAN**               **TABLE 1 PAGE 3**

| | | |
|---|---|---|
| $3.15 | $9.33 | $10.17 |
| $3.20 | $9.45 | $10.30 |
| $3.25 | $9.57 | $10.43 |
| $3.30 | $9.69 | $10.56 |
| $3.35 | $9.81 | $10.69 |
| $3.40 | $9.93 | $10.82 |
| $3.45 | $10.05 | $10.95 |
| $3.50 | $10.17 | $11.08 |
| $3.55 | $10.29 | $11.21 |
| $3.60 | $10.41 | $11.34 |
| $3.65 | $10.53 | $11.47 |
| $3.70 | $10.65 | $11.60 |
| $3.75 | $10.77 | $11.73 |
| $3.80 | $10.89 | $11.86 |
| $3.85 | $11.01 | $11.99 |
| $3.90 | $11.13 | $12.12 |
| $3.95 | $11.25 | $12.25 |
| $4.00 | $11.37 | $12.38 |
| $4.05 | $11.49 | $12.51 |
| $4.10 | $11.61 | $12.64 |
| $4.15 | $11.73 | $12.77 |
| $4.20 | $11.85 | $12.90 |
| $4.25 | $11.97 | $13.03 |
| $4.30 | $12.09 | $13.16 |
| $4.35 | $12.21 | $13.29 |
| $4.40 | $12.33 | $13.42 |
| $4.45 | $12.45 | $13.55 |
| $4.50 | $12.57 | $13.68 |
| $4.55 | $12.69 | $13.81 |
| $4.60 | $12.81 | $13.94 |
| $4.65 | $12.93 | $14.07 |
| $4.70 | $13.05 | $14.20 |
| $4.75 | $13.17 | $14.33 |
| $4.80 | $13.29 | $14.46 |
| $4.85 | $13.41 | $14.59 |
| $4.90 | $13.53 | $14.72 |
| $4.95 | $13.65 | $14.85 |
| $5.00 | $13.77 | $14.98 |

**IUPAT INDUSTRY PENSION PLAN**                                    **TABLE 2 PAGE 1**

Table 2

IUPAT Industry Pension Plan
Mergers
(In order of effective dates)

| State | IUPAT Local Union or District Council | Plan Name | Date Signed By Merging Plan | Effective Date |
|---|---|---|---|---|
| NY | LU 1087 | Glaziers' Local Union No. 1087 Pension Fund | 4/21/94 (IUPAT) | 02/15/1994 |
| DC | DC 51 | Painters Pension Trust Fund of Washington D.C. and Vicinity | 01/26/1995 | 04/01/1995 |
| CA | DC 48 | Orange Belt Painters Pension Trust Fund | 06/19/1995 | 06/30/1995 |
| CA | DC 36 | Los Angeles County Painting Industry Pension Trust Fund | 05/30/1995 | 07/01/1995 |
| PA | LU 1955 | Drywall Finishers Local 1955 Pension Fund | 3/25/1997 (IUPAT) | 06/01/1996 |
| CA | LU 1094 | San Francisco Bay Area and Puget Sound Paint Makers and Employers Pension Plan and Trust | 04/7/1997 (IUPAT) | 09/01/1996 |
| NY | DC 20 | Painters Pension Fund - West Chester and Putnam Counties | 10/21/1996 | 01/01/1997 |
| NY | LU 206 | Glass Warehouse Workers and Paint Handlers Local Union 206 Pension Fund | 10/09/1997 | 10/01/1997 |
| CT | LU 369 | Connecticut Glass and Glazing Industry Pension Plan for the Glaziers and Structural Glassworkers Local Union 369 | 10/29/1997 | 11/01/1997 |
| CT | LU 1333 | Connecticut Glass and Glazing Industry Pension Plan for the Glaziers and Structural Glassworkers Local Union 1333 | 10/29/1997 | 11/01/1997 |
| CT | LU 1339 | Connecticut Glass and Glazing Industry Pension Plan for the Glaziers and Structural Glassworkers Local Union 1339 | 10/29/1997 | 11/01/1997 |
| DC | LU 963 | Glaziers' Local 963 Pension Plan | 12/31/1997 | 01/01/1998 |
| CT | LU 1274 | Glaziers and Glassworkers Local Union No. 1274 Pension Plan | 12/17/1997 | 01/01/1998 |
| NY | LU 230 | Sign-Pictorial & Display Local Union 230 Pension Fund | 07/09/1998 | 05/01/1998 |
| IN | LU 1152 | Glaziers Local Union No. 1152 Pension Fund | 09/29/1998 | 09/01/1998 |
| NY | LU 660 | Glaziers and Glassworkers Local Union No. 660 Pension Trust Fund | 03/19/1999 | 01/01/1999 |

Version 2 – 1/1/03 RESTATEMENT

# IUPAT INDUSTRY PENSION PLAN          TABLE 2 PAGE 2

| | | | | |
|---|---|---|---|---|
| RI | LU 195 | Rhode Island Painters Pension Fund | 04/09/1999 | 03/01/1999 |
| PA | LU 252 | Glaziers and Glass Workers Local No. 252 Pension Fund | 02/28/2000 | 06/01/1999 |
| NY | LU 201 | Capital District Painters Pension Fund (Albany, NY) | 02/03/2000 | 01/01/2000 |
| GA | LU 1940 | Glaziers Local Union 1940 Pension Fund | 01/17/2000 | 01/01/2000 |
| IL | LU 396 | Automotive and Equipment Painters and Processors Union Local 396 Retirement Plan and Trust | 02/08/2000 | 02/01/2000 |
| OH | LU 948 | Glaziers' Local Union No. 948 and the Glass & Glazing Employers Pension Plan | 06/26/2000 | 06/30/2000 |
| PA | LU 751 | Pittsburgh Glaziers' Local No. 751 Pension Fund | 01/25/2001 | 08/01/2000 |
| TN | LU 242 | Glaziers Local Union No. 242 Pension Fund | 09/19/2000 | 09/01/2000 |
| IN | LU 47 | Brotherhood of Painters, Decorators, and Paperhangers of America Local #47 Pension Fund | 02/01/2001 | 01/01/2001 |
| MI | LU 357 | Michigan Glass and Glazing Industry Pension Fund | 05/24/2001 | 08/01/2001 |
| OH | DC 6 | Painting Industry Pension Plan (Cleveland, OH - District Council 6) | 10/15/2001 | 10/01/2001 |
| VA | LU 891 | Southwest Virginia Carpenters Pension Fund (Transfer of Painters Only) | 07/31/2001 | 11/01/2001 |
| IN | LU 8 | Painting Industry Pension Fund of Gary, Indiana and Vicinity Local #8 | 03/28/2002 | 01/01/2002 |
| IN | LU 460 | Painting Industry Pension Fund of Local #460 | 03/28/2002 | 01/01/2002 |
| TX | LU 1008 | Glaziers and Glassworkers Local Union #1008 Outside Workers Pension Plan & Trust | 01/15/2002 | 07/01/2002 |

Version 2 - 1/1/2003 RESTATEMENT