

3. The application of relief, stucco, plaster or decorative work shall not be considered paperhangers' work exclusively.

(C) All persons engaged in applying or removing paints, pigments, extenders, metal primers and metal pigments, clear pigments, binders, thinners and dryers, primers and sealers, oil paints and enamels, chemical and epoxy coatings, water colors and emulsions clear coatings, waxes, stains, mastics, cement enamels and other special coatings, plastics, adhesives, coating and sheet rubber and other linings, oils, varnishers, water colors, wall paper, wall coverings, decorative textures on all surfaces, foams, seamless and tile-like coatings or other materials used in the various branches of the trade, and the cleaning and beaching of all interior, and exterior walls and surfaces with liquid steam, sandblast, waterblast or any other process.

(D) Glaziers, Architectural Metal and Glass Workers: General Glazing will include, but not be limited to: (1) the installation, setting, cutting, preparing, fabricating, distributing, handling or removal of the following: art glass, prism glass, beveled glass, leaded glass, automotive glass, protection glass, plate glass, window glass, colored glass, figured glass, vitrolite glass, carrara glass, all types of opaque glass, glass chalk boards, structural glass, curtainwall systems, louvers, tempered and laminated glass, thiokol, neoprene, all types of insulating glass units, all plastics or other similar materials when used in place of glass to be set or glazed in its final resting place with or without putty, vinyl, molding, rubber, lead, sealants, silicone and all types of mastics in wood, iron, aluminum, sheet metal or vinyl sash, skylights, doors, frames, stone wall cases, show cases, book cases, sideboards, partitions and fixtures; (2) the installation of the above materials when in the shop or on the job site, either temporary or permanent, on or for any building in the course of repair, removal, alteration, retrofit or construction; (3) the installation and welding of all extruded, rolled or fabricated materials including, but not limited to, all metals, plastics and vinyls, or any materials that replace same, metal and vinyl tubes, mullions, metal facing materials, corrugated flat metals, aluminum panels, muntins, facia, trim moldings, porcelain panels, architectural porcelain, plastic panels, unitized panels, skylights, showcase doors, all handrails and relative materials, including those in any or all types of building related to store front, door/window construction and curtain wall

4



materials of a reflective nature used in the sign field for advertising or decorative purposes.

All operations involving cutting, bending, trimming and adhesion of plastic or other transparent, translucent or any other material used as a sign face background, also porcelain, enamel or force dried object when used for identification or advertising purposes and control of all sign handling, erecting and other necessary operation, pertaining to the same; theatrical and lobby displays, also all sketched whether made by pencil, ink, paints or by coloring material be it on hand or by any other method process.

 (G) Display Convention and Show Decorators:
   This jurisdiction includes the installation and removal of all exhibits (floor to ceiling) and related materials in connection with trade shows and conventions, including, but not limited to: trade shows and convention booth assembly and disassembly; installation, removal, disassembly, and recrating of all commercial exhibits.

The construction, preparation, erection, and maintenance of all signs, lettering, pictorial work, screen process work, show card writing, commercial exhibits and fabrication of advertising displays and pattern and sketch making, scale model making, the preparation training aids and mockups and application of plastic, scotchlite and similar reflective materials.

 (H) Scenic Artists:
   Scenic Artists' work shall consist of models, sketches, carpenter drawings, painting for theatrical productions, motion picture settings and all the various effects; the painting of properties and decorations which may be used to decorate the stage and motion picture settings, mural paintings, display creations and the art of makeup and all its various effects.

 (I) Tools and Equipment:
   The operation of all tools, equipment and machinery used by all trades coming under our Union's jurisdiction including brushes, rollers, spray painting equipment, miscellaneous hand and power driven tools including sandblasting equipment, ladders, scaffolding and other rigging, the operations and maintenance of all types of compressors and hi-reaches.

 (J) The forgoing is not all-inclusive, and may be enlarged or otherwise changed by action of the General Executive Board in a manner not inconsistent with the express provisions of The Constitution of the Union and upon approval by the Coalition.

6



crimination against such applicants by reason of membership or non-membership in the Union and such selection and referral shall not be affected in any way by rules, or regulations, bylaws, constitutional provisions, or any other aspect or obligation of the Union membership policies or requirements. All such selection and referral shall be in accordance with the following procedure.

5.1   The Union shall establish and maintain an open and non-discriminatory referral system for the employment of journeymen and apprentice painters, tapers and glaziers.

5.2   The employer shall, upon requesting referral of job applicants, specify the following to the Union:

    (A)   Number of persons required

    (B)   Work or project location

    (C)   Type of work

    (D)   Individuals requested by name

    (E)   Specialty involved

    (F)   Any information to assist with proper referrals

5.3   The Union shall refer workers to the employer in the following manner and order:

    (A)   If available, specifically requested individuals previously employed by said employer may be recalled for a period of twelve (12) months from date of layoff.

    (B)   Those available whose names are entered on a seniority list, specialties included, posted and maintained by the Union.

5.4   The employer shall have entire freedom of selectivity in hiring and may reject, layoff or terminate any person referred to it by the Union.

    (A)   In the event the Union is unable to furnish qualified persons for employment, the employer may procure them from any other source or sources.

5.5   The selection of applicants for referrals shall be on a non-discriminatory basis. Seniority shall be based upon the length of employment in the

## ARTICLE 6
## WAGES & SCHEDULES

6.1   Classification of Painters/Tapers Work:

(A)   New Construction of all kinds, except as described in (c).

(B)   Repainting, paperhanging work and preparation therefore on jobs where no major alterations occur, and where there are not more than three (3) other Union trades other than painters and allied trades present on that job, but excluding bridges, stacks, elevated tanks, and generating stations.

(C)   Painting/Taping of residences and apartment buildings up to three (3) stories in height.

In the event of a dispute, the Joint Trade Board shall determine the classification of the specific project.

6.2   Spraying, sandblasting, pneumatic and powertool (over 115V), work on tanks, stacks, open structural steel, cables, swing scaffolds, and exterior work over three (3) stories; work above thirty (30) feet from pole trucks, scissor lifts or other lifting devices shall be at the listed wage rates.

6.3   Glaziers Installation (Rack) Schedule:

(A)   One (1) man for door lights and similar sizes up to 42" x 84". Over this size shall be two (2) men.

(B)   This does not apply to steel or work sash of typical sizes and may be adjusted on prevailing rate projects.

(C)   On all plate glass:

Glass up to 170 united inches .....................................Two    Men
Glass from 171 united inches to 191 united inches ......Three    Men
Glass from 191 united inches to 221 united inches ......Four    Men
Glass from 221 united inches to 240 united inches ......Five    Men
Glass from 240 united inches to 250 united inches ......Six    Men
Glass from 250 united inches to 260 united inches ......Seven    Men
Glass from 260 united inches to 272 united inches ......Eight    Men
Glass from 272 united inches to 284 united inches ......Nine    Men
Glass from 284 united inches to 290 united inches ......Ten    Men
Glass from 290 united inches to 305 united inches ......Eleven    Men
Glass from 305 united inches to 312 united inches ......Twelve    Men

6.4   Painters, Glaziers & Tapers wage rates are as indicated on the following charts:

## PAINTERS

Wage for work classification A, as described: All New Construction except as described in 5.1 C

| Effective From | J | F | GF | Jsp | Fsp | GFsp | H & W % | Pension $ | App. % | Annuity % | LMCF $ | N-App $ | IAF $ | PAC $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/01/00 | $28.50 | $31.35 | $32.75 | $31.00 | $33.85 | $35.70 | 14 | $3.00 | 1 | 12 | | | | |
| 05/01/01 | $29.20 | $32.15 | $33.60 | $31.95 | $35.40 | $36.95 | 14 | $3.30 | 1 | 12 | 0.05 | 0.05 | 0.03 | 0.07 |
| 05/01/02 | $29.90 | $32.90 | $34.40 | $32.80 | $36.20 | $36.95 | 14 | $3.30 | 1 | 12 | 0.05 | 0.05 | 0.03 | 0.07 |
| 05/01/03 | $30.60 | $33.65 | $35.20 | $33.65 | $37.05 | $37.85 | 14 | $3.60 | 1 | 12 | 0.05 | 0.05 | 0.03 | 0.07 |
| 05/01/04 | $31.30 | $34.45 | $36.00 | $34.45 | $37.90 | $38.75 | 14 | $3.90 | 1 | 12 | 0.05 | 0.05 | 0.03 | 0.07 |
| 05/01/05 | $32.05 | $35.25 | $36.85 | $35.25 | $38.80 | $39.65 | 14 | $4.20 | 1 | 12 | 0.05 | 0.05 | 0.03 | 0.07 |
| | | | | | | $40.55 | 14 | $4.50 | 1 | 12 | 0.05 | 0.05 | 0.03 | 0.07 |

Abbreviations:

J-Journeyman Painter   F-Foreman Painter   GF-General Foreman   Jsp-Journeyman Spray   Fsp-Foreman Spray
H&W-Health & Welfare   App.-Apprentice   LMCF-Labor Management Contributions Fund   N-App-National Apprentice
Fund   IAF-Industry Advancement Fund   PAC-Political Action Committee

**Painters repaint**

Wage for work classification B, as described: Repainting, paperhanging work and preparation therefore on jobs where no major alteration occur, and not more than three (3) other than painters and allied trades are present on the job site, but excluding bridges, stacks, elevated tanks, and generating stations.

| Effective From | J | F | GF | Jsp | Fsp | GFsp | H & W % | Pension $ | App. % | Annuity % | LMCF $ | N-App $ | IAF $ | PAC $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/01/00 | $22.00 | $24.20 | $25.30 | $24.20 | $26.80 | $27.80 | 14 | $3.00 | 1 | 12 | 0.05 | 0.05 | 0.03 | 0.07 |
| 05/01/01 | $22.50 | $24.75 | $25.85 | $24.75 | $27.20 | $28.45 | .14 | $3.30 | 1 | 12 | 0.05 | 0.05 | 0.03 | 0.07 |

*continued*

12

# TAPERS

Wage for work classification A, as described: All New Construction except as described in 5.1 C

| Effective From | J | F | GF | H&W % | Pension $ | App. % | Annuity % | LMCF $ | N-App $ | IAF $ | PAC $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/01/00 | $28.50 | $31.35 | $32.75 | 14 | $3.00 | 1 | 12 | 0.05 | 0.05 | 0.15 | 0.07 |
| 05/01/01 | $29.20 | $32.15 | $33.60 | 14 | $3.30 | 1 | 12 | 0.05 | 0.05 | 0.15 | 0.07 |
| 05/01/02 | $29.90 | $32.90 | $34.40 | 14 | $3.60 | 1 | 12 | 0.05 | 0.05 | 0.15 | 0.07 |
| 05/01/03 | $30.60 | $33.65 | $35.20 | 14 | $3.90 | 1 | 12 | 0.05 | 0.05 | 0.15 | 0.07 |
| 05/01/04 | $31.30 | $34.45 | $36.00 | 14 | $4.20 | 1 | 12 | 0.05 | 0.05 | 0.15 | 0.07 |
| 05/01/05 | $32.05 | $35.25 | $36.85 | 14 | $4.50 | 1 | 12 | 0.05 | 0.05 | 0.15 | 0.07 |

Abbreviations:

J-Journeyman Painter   F-Foreman Painter   GF-General Foreman
H&W-Health & Welfare   App.-Apprentice   LMCF-Labor Management Contributions Fund   N-App-National Apprentice
Fund   IAF-Industry Advancement Fund   PAC-Political Action Committee

## Tapers

Wage for work classification B, as described: Taping and preparation on jobs where no major alteration occur, and not more than three (3) other than painters and allied trades are present on the job site, but excluding generating stations.

| Effective From | J | F | GF | H&W % | Pension $ | App. % | Annuity % | LMCF $ | N-App $ | IAF $ | PAC $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/01/00 | $22.00 | $24.20 | $25.30 | 14 | $3.00 | 1 | 12 | 0.05 | 0.05 | 0.15 | 0.07 |
| 05/01/01 | $22.50 | $24.75 | $25.85 | 14 | $3.30 | 1 | 12 | 0.05 | 0.05 | 0.15 | 0.07 |
| 05/01/02 | $23.00 | $25.30 | $26.45 | 14 | $3.60 | 1 | 12 | 0.05 | 0.05 | 0.15 | 0.07 |
| 05/01/03 | $23.50 | $25.85 | $27.05 | 14 | $3.90 | 1 | 12 | 0.05 | 0.05 | 0.15 | 0.07 |
| 05/01/04 | $24.00 | $26.40 | $27.60 | 14 | $4.20 | 1 | 12 | 0.05 | 0.05 | 0.15 | 0.07 |
| 05/01/05 | $24.55 | $27.00 | $28.25 | 14 | $4.50 | 1 | 12 | 0.05 | 0.05 | 0.15 | 0.07 |

14

continued

# GLAZIER

Wage for work classification A, as described: All New Construction except as described in 5.1 C

| Effective From | J | F | GF | H&W % | Pension $ | App. % | Annuity % | LMCF $ | N-App $ | IAF $ | PAC $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/01/00 | $28.50 | $30.00 | — | 14 | $3.00 | 1 | 12 | | | 0.15 | 0.07 |
| 05/01/01 | $29.20 | $30.70 | — | 14 | $3.30 | 1 | 12 | 0.05 | 0.05 | 0.15 | 0.07 |
| 05/01/02 | $29.90 | $31.40 | — | 14 | $3.60 | 1 | 12 | 0.05 | 0.05 | 0.15 | 0.07 |
| 05/01/03 | $30.60 | $32.10 | — | 14 | $3.90 | 1 | 12 | 0.05 | 0.05 | 0.15 | 0.07 |
| 05/01/04 | $31.30 | $33.05 | $34.05 | 14 | $4.20 | 1 | 12 | 0.05 | 0.05 | 0.15 | 0.07 |
| 05/01/05 | $32.05 | $34.05 | $35.05 | 14 | $4.50 | 1 | 12 | 0.05 | 0.05 | 0.15 | 0.07 |

Abbreviations:

J-Journeyman Painter    F-Foreman Painter    GF-General Foreman

H&W-Health & Welfare    App.-Apprentice    LMCF-Labor Management Contributions Fund    N-App-National Apprentice

Fund    IAF-Industry Advancement Fund    PAC-Political Action Committee

# INDUSTRIAL WORKERS



| Effective From | Wage | H&W % | Pension $ | App. % | LMCF $ | N-App $ | IAF $ | PAC $ |
|---|---|---|---|---|---|---|---|---|
| 05/01/00 | $10.20 | 20 | $1.00 | 1 | 0.05 | 0.05 | 0.15 | 0.07 |
| 05/01/01 | $10.60 | 20 | $1.00 | 1 | 0.05 | 0.05 | 0.15 | 0.07 |
| 05/01/02 | $11.00 | 20 | $1.00 | 1 | 0.05 | 0.05 | 0.15 | 0.07 |
| 05/01/03 | $11.40 | 20 | $1.00 | 1 | 0.05 | 0.05 | 0.15 | 0.07 |
| 05/01/04 | $11.80 | 20 | $1.00 | 1 | 0.05 | 0.05 | 0.15 | 0.07 |
| 05/01/05 | $12.20 | 20 | $1.25 | 1 | 0.05 | 0.05 | 0.15 | 0.07 |

Abbreviations:

H&W-Health & Welfare    App.-Apprentice    LMCF-Labor Management Contributions Fund    N-App-National Apprentice

Fund    IAF-Industry Advancement Fund    PAC-Political Action Committee

16



| Painter | 5/1/00 | 5/1/01 | 5/1/02 | 5/1/03 | 5/1/04 | 5/1/05 |
|---|---|---|---|---|---|---|
| Journeyman | $28.50 | $29.20 | $29.90 | $30.60 | $31.30 | $32.05 |
| Foreman | $31.35 | $32.15 | $32.90 | $33.65 | $34.45 | $35.25 |
| General Foreman | $32.75 | $33.60 | $34.40 | $35.20 | $36.00 | $36.85 |
| Spray, Stack, Tank, Swing | $31.00 | $31.95 | $32.90 | $33.65 | $34.45 | $35.25 |
| Foreman Spray, Tank Swing, Stack | $33.85 | $35.40 | $36.20 | $37.15 | $37.90 | $38.00 |
| Gen. Foreman Spray, Tank Swing, Stack | $35.70 | $36.95 | $37.85 | $38.75 | $39.65 | $40.55 |
| Annuity | 12% Gross ($3.42) | 12% Gross ($3.51) | 12% Gross ($3.60) | 12% Gross ($3.69) | 12% Gross ($3.78) | 12% Gross ($3.87) |
| Health & Welfare | 14% Gross (#3.99) | 14% Gross ($4.095) | 14% Gross ($4.20) | 14% Gross ($4.305) | 14% Gross ($4.41) | 14% Gross ($4.515) |
| Education And Training | 1% Gross (.285) | 1% Gross (.29) | 1% Gross (.30) | 1% Gross (.31) | 1% Gross (.315) | 1% Gross (.32) |
| Pension | $3.00 | $3.30 | $3.60 | $3.90 | $4.20 | $4.50 |
| L.M.C.F. | .05 | .05 | .05 | .05 | .05 | .05 |
| National Apprentice | .05 | .05 | .05 | .05 | .05 | .05 |
| Package | $39.30 | $40.48 | $41.675 | $42.86 | $44.055 | $45.308 |

18



| C-Rate Painter | 5/01/00 | 5/01/01 | 5/01/02 | 5/01/03 | 5/01/04 | 5/01/05 |
|---|---|---|---|---|---|---|
| Journeyman | $18.00 | $18.60 | $19.20 | $19.80 | $20.40 | $21.45 |
| Foreman | $19.80 | $20.45 | $21.15 | $21.75 | $22.45 | $23.60 |
| General Foreman | $20.70 | $21.40 | $22.10 | $22.80 | $23.50 | $24.70 |
| Spray | $19.60 | $20.45 | $21.15 | $21.75 | $22.45 | $23.60 |
| Foreman Spray | $21.50 | $22.45 | $23.25 | $23.85 | $24.70 | $25.95 |
| General Foreman Spray | $22.55 | $23.45 | $24.30 | $25.05 | $25.80 | $27.15 |
| Annuity | 12% | 12% | 12% | 12% | 12% | 12% |
| Health & Welfare | 14% | 14% | 14% | 14% | 14% | 14% |
| Education & Training | 1% | 1% | 1% | 1% | 1% | 1% |
| Pension | $2.50 | $2.50 | $2.50 | $2.50 | $2.50 | $2.50 |
| L.M.C.F. | .05 | .05 | .05 | .05 | .05 | .05 |
| National Apprentice | .05 | .05 | .05 | .05 | .05 | .05 |
| Package | $25.46 | $26.22 | $26.98 | $27.746 | $28.508 | $29.84 |

| Taper B-Rate | 5/1/00 | 5/1/01 | 5/1/02 | 5/1/03 | 5/1/04 | 5/1/05 |
|---|---|---|---|---|---|---|
| Journeyman | $22.00 | $22.50 | $23.00 | $23.50 | $24.00 | $24.55 |
| Foreman | $24.20 | $24.75 | $25.30 | $25.85 | $26.40 | $27.00 |
| General Foreman | $25.30 | $25.85 | $26.45 | $27.05 | $27.60 | $28.25 |
| Annuity | 14% Gross | 12% Gross | 12% Gross | 12% Gross | 12% Gross | 12% Gross |
| Health & Welfare | 14% Gross | 14% Gross | 14% Gross | 14% Gross | 14% Gross | 14% Gross |
| Education & Training | 1% Gross | 1% Gross | 1% Gross | 1% Gross | 1% Gross | 1% Gross |
| Pension | $3.00 | $3.30 | $3.60 | $3.90 | $4.20 | $4.50 |
| L.M.C.F. | .05 | .05 | .05 | .05 | .05 | .05 |
| National Apprentice | .05 | .05 | .05 | .05 | .05 | .05 |
| Package | $31.48 | $31.975 | $32.91 | $22.84 | $34.78 | $35.779 |

22





| | 5/1/00 | 5/1/01 | 5/1/02 | 5/1/03 | 5/1/04 | 5/1/05 |
|---|---|---|---|---|---|---|
| Glazier Journeyman | $28.50 | $29.20 | $29.90 | $30.60 | $31.30 | $32.05 |
| Foreman | $31.35 | $32.15 | $32.90 | $33.65 | $34.45 | $35.25 |
| General Foreman | $32.75 | $33.60 | $34.40 | $35.20 | $36.00 | $36.85 |
| Annuity | 12% Gross | 12% Gross | 12% Gross | 12% Gross | 12% Gross | 12% Gross |
| Health & Welfare | 14% Gross | 14% Gross | 14% Gross | 14% Gross | 14% Gross | 14% Gross |
| Education & Training | 1% Gross | 1% Gross | 1% Gross | 1% Gross | 1% Gross | 1% Gross |
| Pension | $3.00 | $3.30 | $3.60 | $3.90 | $4.20 | $4.50 |
| L.M.C.F. | .05 | .05 | .05 | .05 | .05 | .05 |
| National Apprentice | .05 | .05 | .05 | .05 | .05 | .05 |
| Package | $39.30 | $40.48 | $41.67 | $42.86 | $44.05 | $45.30 |

24



6.5 (A) Apprentice rates shall be the following percentages of the base rate:

First   4 Months.................................................. 30%
 5 to   8 Months.................................................. 40%
 9 to  12 Months.................................................. 50%
13 to  16 Months.................................................. 60%
17 to  20 Months.................................................. 70%
21 to  24 Months.................................................. 75%
25 to  28 Months.................................................. 80%
29 to  32 Months.................................................. 85%
33 to  36 Months.................................................. 90%

(B) The change in rate shall apply after regular attendance at apprentice school and passing regular skills test. Journeyman status after 6000 hours of training.

(C) Fringe benefits shall be a percentage (%) of the base wage listed in 6.4 as follows:

| Year | H & W | Pension | Annuity |
|------|-------|---------|---------|
| First | 13% | | |
| Second | 14% | .50 hr. | 4% |
| Third | 14% | 1.00 hr. | 8% |

6.6  Effective May 1, 2000 the employer shall deduct $1.00 per hour from the pay of all Painters and Tapers; the deduction shall be $0.50 per hour from Glaziers pay. Effective May 1, 2001 the deduction shall also be $1.00 per hour from Glaziers pay. The deductions shall be paid into the Vacation Fund of District Council 711.

6.7  On jobs of four (4) or more employees, one person shall be designated as foreman. A general foreman shall be designated on jobs of fifteen (15) or more employees.

6.8  All employees shall be paid weekly at least 30 minutes prior to the end of the work day. Not more than three (3) days pay shall be held back for the period between the close of the pay period and pay day. A statement of earnings and deductions shall accompany the pay.

6.9  Employees shall be notified and paid in full at least thirty (30) minutes before being laid off at lunch or quitting time.

6.10  Employers who send employees to jobs outside the territorial jurisdiction shall pay the expense of travel, room and board.

26



in the shop for the periods indicated above for which they are paid.

(B)   In the event weather conditions require the stoppage of work on any day after work has begun, employees shall be paid to the next full hour.

7.6    If an employee fails to report to work and the employer finds he cannot use the employee upon his return to work, the employer shall have the option of either paying off the employee at once or requesting him to wait for any wages due him until the next regular pay day. Waiting time shall not enter into the settlement.

7.7    The following are recognized holidays: New Year's Day, Memorial Day, Independence Day, Labor Day, General Election Day - afternoon (a full 8 hour day at regular wage rates is permitted prior to noon), Veterans Day, Thanksgiving Day, and Christmas Day.

7.8    In the event work is lost due to weather or job conditions, work may be accomplished on Saturday, Sunday at the regular straight time rate to make up for the lost time.

7.9    (A)    Ten percent (10%) shall be added to the previously indicated wage rates for any eight (8) hours work outside the regular work day. Fifteen percent (15%) shall be added to the wage rates for any second shift outside the regular work day.

(B)    In addition to the added amounts in 7.9A, when three (3) shifts exist, the second shift shall receive eight (8) hours pay for seven and one half (7 1/2) hours work; the third shift shall receive eight (8) hours pay for seven (7) hours work.

(C)    The above applies to work classification 6.1(A) only.

## ARTICLE 8
## CONTRACTUAL RELATIONS & OBLIGATIONS

8.1    One member of a firm is allowed to work with the tools and a contractor is one that employs, on average, at least one person throughout the year.

8.2    Each employer shall carry comprehensive kinds of insurance such as, but not limited to, worker's compensation, public liability and property damage on equipment, automotive and otherwise, when used by its employees, as well as other coverage carried by custom or practice in this

28

by any grievance or arbitration procedure or any "no strike" clause which may be provided or set forth elsewhere in this Agreement.

8.6   The Union agrees that journeymen will not be referred to a builder unless extenuating circumstances justifies the referral and the coalition is consulted prior to providing any employees.

8.7   In the event that a builder or general contractor owes monies for work performed on a job to a contractor who is signatory to an agreement with the Union, they will endeavor to do everything legally possible to see that all just debts owed to the contractor shall have been settled satisfactorily.

## ARTICLE 9
## WORKING CONDITIONS

9.1   The use of spray equipment is allowed to paint acoustical surfaces, ceiling grid, furniture, bar-joists, structural steel, corrugated ceiling and walls (including pipes, ducts, conduit, hangers, steel, etc. adjacent thereto), wood walls and ceilings, where exposed joists are thirty (30) inches or less on centers, fin type radiation, floors, louvers and gratings, block filler with backrolling; metal pan stairs and spindle railings, plastics and multi-color materials, lacquers and any other material deemed not brushable, and any and all work at housing projects. In the event a second employee is necessary in a spray painting operation, he shall also receive the spray rate provided he works in the immediate work area at all times the equipment is in use. He shall also relieve and otherwise assist the other person.

    (A)   The Joint Board shall study other processes, materials and surfaces and shall determine those which shall be added to those mentioned herein.

    (B)   The Business Manager shall be notified when spraying is contemplated.

9.2   The unrestricted use of tools of the painting trade is permitted on work classified in 6.1A (prevailing wage jobs); 6.1B; and 6.1C.

9.3   It is understood and agreed and recognized that traditional hand tools to perform work with namely hawks, trowels, bread pans, and broad knives, will be supplied by the Employees. The Employer shall furnish all other tools and equipment to work with and if at any time such tools or equipment or any material or work conditions shall constitute a hazard to health or physical safety, the Employer shall not permit his employees to

30

(C) For the purpose of this Article, each hour paid for, including hours attributable to show-up time and other hours for which pay is received by the employee shall be counted as wages for which contributions are payable.

(D) Contributions shall be paid on behalf of any employee starting with the employee's first day of employment in a job classification covered by this Agreement. This includes, but is not limited to, apprentices, journeymen, and probationary employees.

(E) The payments to the Training Fund required above shall be made to the National Training Fund which was established under an Agreement and Declaration of Trust, dated April 1, 1967. The Employer hereby agrees to be bound by and to the said Agreement and Declaration of Trust, as though he had actually signed the same.

10.3    International Union of Painters and Allied Trades Union and Industry Pension Fund.

The only agreement between the employer(s) and the Union parties to this Agreement regarding pensions or retirement for employees covered by this Agreement is as follows:

1.   (A)  Commencing with the first day of May, 2000, and for the duration of the Agreement, and nay renewals or extension thereof, the employer agrees to make payments to the IUPAT Union and Industry Pension Fund for each employee covered by this Agreement, as follows:

(B)  For each hour or portion thereof for which an employee receives pay, the employer shall make a contribution of in the amount indicated in the 6.4 charts to the above named pension fund; allocations to the IUPAT Union and Industry Pension Plan and to the IUPAT Union and Industry Annuity Plan shall be as indicated in said charts.

(C)  For the purpose of this Article, each hour paid for, including hours attributable to show-up time, and other hours for which pay is received by the employee in accordance with the Agreement, shall be counted as hours for which contributions are payable.

(D)  Contributions shall be paid on behalf of any employee starting

32

(B)  For the purpose to this Article, each hour paid for, including hours attributable to show up time, and other hours for which pay is received by the employee in accordance with the Agreement, shall be counted as hours for which contributions are payable.

(C)  Contributions shall be paid on behalf of any employee starting with the employee's first day of employment in a job classification covered by this Agreement. This includes, but is not limited to, apprentices and probationary employees.

(D)  The Employer and Union signatory to this Agreement agree to be bound by and to the Agreement and Declaration of Trust as amended from time to time, establishing the Fund.

2.  The Employer hereby irrevocably designates as its representative on the Board of Trustees such Trustees as are now serving, or who will in the future serve, as Employer Trustees, together with their successors.

3.  All contributions shall be made at such times and in such manner as the Trustees require; and the Trustees may at any time conduct an audit in accordance with the Agreement and Declaration of Trust.

11.2  Industry Advancement Fund:

1.  Effective May 1, 2000 each employer shall make a contribution of three cents ($.03) per hour per painter, fifteen cents ($.15) per hour per taper, and fifteen cents ($.15) per hour per glazier for each hour worked by each employee to the "Industry Advancement Fund" heretofore established and administered by Trustees appointed by each of the three (3) members of the Coalition solely for the advancement, and improvement of the trade and the payment of expenses in carrying out such programs and responsibilities.

## ARTICLE 12
## POLITICAL ACTION FUND

12.1  Employers signatory to this agreement shall deduct form the wages of each Union Employee, the voluntary sum of seven cents ($.07) for each hour worked as a non-deductible political contribution to the DC

34

(A)  The shop steward may handle routine grievances on the job but is not authorized to call work stoppages or make any agreement which contradicts, changes, modifies or alters the terms of this agreement.

(B)  In the event of emergent difficulties, he shall so notify the Business Manager.

(C)  Except for general foreman and foreman, the steward is senior and, provided he remains qualified to do the work, the shop or job steward shall be the last person laid off among the employees in the bargaining unit in any shop and/or job.

### ARTICLE 15
### SUBCONTRACTING

15.1  Subcontracting shall not be permitted except to signatory contractors whose employees receive comparable wages, hours of work and working conditions as hereunder.

(A)  Unemployed Union Painters may take work on a contract basis not to exceed one thousand dollars ($1,000.00). The member must notify the Union before starting the job and the Union shall advise the Association of the job. If there is no objection based upon the fact that an Association member bid the job, the Union member may commence the work. A Union member in violation shall be brought before the Joint Trade Board and, if found guilty, shall be fined one thousand dollars ($1,000.00) for the first offense; two thousand dollars ($2,000.00) for the second offense; and expelled from the Union for the third offense.

### ARTICLE 16
### PRESERVATION OF WORK CLAUSE

16.1  To protect and preserve, for the employees covered by this Agreement, all work they have performed and all work covered by this Agreement, and to prevent any device or subterfuge to avoid the protection and preservation of such work, it is agreed as follows: If the employer performs on site construction work of the type covered by this Agreement, under its own name or the name of another, as a corporation, company, partnership, or other business entity, including a joint venture, wherein the employer, through its officers, directors, partners, owners, or stockholders, exercises directly or indirectly (through family members or otherwise) man-

36

(B) Ten (10) members, five (5) representing each party, shall constitute a quorum. Decisions shall be made by majority vote provided that the Union representatives and Association representatives shall have equal voting strength with respect to each vote. Members of the Joint Board shall choose a chairman and co-chairman to serve such terms as agreed upon by the Board, provided that one such officer shall represent each party.

17.2  The Joint Board shall meet regularly at least once every three (3) months. Special meetings may be called by the chairman or co-chairman when prompt hearing and decision is required in any dispute.

17.3  The Joint Board is empowered to hear and decide all grievances and disputes which may arise between the parties as to the interpretation or application of this agreement; to award or assess remedies, damages and penalties for violations of this agreement provided, however, any assessment of damages shall not exceed Five Thousand Dollars ($5,000.00); to issue interpretive rulings or other rules and regulations as it deems necessary to give force and effect to the purpose and intention of this agreement; to investigate all grievances and disputes submitted to it, including audits of records; to recommend amendments to or changes in the agreement but only upon the written request of both parties; to appoint such persons or committees as necessary to aid the Board in the performance of its duties; and to demand of those who repeatedly violate this agreement the posting of a cash or surety bond to assure future compliance.

17.4  All grievances and disputes shall be submitted in writing to the chairman and co-chairman.

17.5  If all facilities to resolve disputes over the interpretation of the terms or conditions of an existing agreement have failed of settlement, both parties agree before strike or lockout, or the resort to proceedings before the National Labor Relations Board, State Government Boards or the courts, to submit the dispute to the Joint National Trade Board for binding decision. The Joint National Trade Board is hereby authorized and empowered to delegate any question or issue submitted, to a committee of two (2), one (1) of whom shall be appointed by each of the respective presidents of the IUPAT and the National Trade organization of the affected coalition for the purpose of investigation, making recommendations to the Board, or, in fact, resolving or determining the particular issue, which determination shall be binding with the same force and effect as though rendered by the Board itself.

17.6  The remedies and sanctions specified in this section are in addi-

38



The Employer shall give notice of the existence of this Agreement and this provision to any purchaser, transferee, lessee, assignee, etc., of the business and operation covered by this Agreement or any part thereof. Such notice shall be in writing with a copy of said notice forwarded to the Union, at the time the seller, transferor, or lessor executes a contract or transaction as herein described. The Union shall also be advised of the exact nature of the transaction, not including financial details.

In the event the Employer fails to require the purchaser, transferee, or lessee to assume the obligations of this Agreement, the Employer (including partners thereof) shall be liable to the Union, and to the employees covered for all damages sustained as a result of such failure to require assumption of the terms of this Agreement, but shall not be liable after the purchaser, transferee, or lessee has agreed in writing to assume to obligations of this Agreement. Retail establishments are exempt herefrom.

## ARTICLE 19
## GENERAL SAVINGS CLAUSE

If any article or section of this Agreement should be held invalid by operation of law or by any tribunal of competent jurisdiction, or if compliance with or enforcement of any Article or Section should be restrained by such tribunal pending a final determination as to its validity, the remainder of this Agreement or the application of such Article or Section to persons or circumstances other than those as to which it has been held invalid or as to which compliance with or enforcement of has been restrained, shall not be affected thereby.

In the event that any article or Section is held invalid or enforcement of or compliance with any article or section has been restrained, as above set forth, the affected parties shall meet at the request of the Union, for the purpose of arriving at a mutually satisfactory replacement for such article or section during the period of invalidity or restraint. If the parties do not agree on a mutually satisfactory replacement within sixty (60) days after beginning of the period of invalidity or restraint, either party shall be permitted all legal or economic recourse in support of its demands notwithstanding any provision in this agreement to the contrary.

## ARTICLE 20
## DURATION CLAUSE

20.1   Previously negotiated existing agreement shall remain in full force and effect until and including April 30, 2000. Thereafter said Agreement shall be null and void.

40

2006 09/14 09:07:53        6096530795        1/1
09/14/2006    07:55    6096530795 → 12023936475                NO.002    ☐01

THE PARTIES HERETO ARE DESIROUS OF ENTERING INTO AN AGREEMENT TO SET FORTH CONTROL AND REGULATE THE WAGES, HOURS, FRINGE BENEFITS, TERMS AND CONDITIONS OF EMPLOYMENT UNDER WHICH THE EMPLOYERS WILL EMPLOY PAINTERS, TAPERS, GLAZIERS AND ALLIED TRADES, EFFECTIVE MAY 1, 2000 THROUGH APRIL 30, 2006.

AT THE COMMENCEMENT OF EACH CONTRACT YEAR OR UPON BEGINNING OF WORK WITHIN THE TERRITORY DURING EACH CONTRACT YEAR, EACH EMPLOYER SHALL PAY THE JOINT TRADE BOARD THE SUM OF FIFTY DOLLARS ($50.00) (SEE ARTICLE 17.9).

➤ ONE TIME JOB AGREEMENT ONLY.
                                        (Steen School, Bogota)
BUSINESS NAME  Urban Enterprises Inc.

BUSINESS ADDRESS  200 Mountain Avenue
                  Middlesex, NJ 08846
PHONE #732-356-0543        FAX #732-356-8396

FEDERAL ID #  22-1762335

WORKMEN COMPENSATION INS. CO.  W08411104

UNEMPLOYMENT COMPENSATION  191069

TEMPORARY DISABILITY BENEFITS INS.

SIGNED THIS  31st        DAY OF  August  20 04

EMPLOYERS SIGNATURE & POSITION
                                President

FOR THE UNION
PATRICK J. BRENNAN, BUSINESS MANAGER OF DISTRICT COUNCIL 711

DISTRICT COUNCIL 711
INTERNATIONAL UNION OF
PAINTERS AND ALLIED TRADES
STATE OF NEW JERSEY

UNION COPY
-37

09/01/2004 13:57  7327745078
SEP-01-2004 WED 02:39 PM
PAINTERS DC 711    FAX NO.
PAGE 01    P. 03/03

9/14/06
Per Scott of
Connollo of
DC 711
← Gennaro (Gary)
Russo

or
Betty
Russo

Signed
this