

# JENNINGS SIGMOND
## ATTORNEYS AT LAW



**JENNINGS SIGMOND, P.C.**
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

Elizabeth A. Coleman
Direct Dial: (215) 351-0644
E-Mail Address: ecoleman@jslex.com

Member: PA & NJ Bars

**JENNINGS SIGMOND, P.C.**
ONE GREENTREE CENTRE
SUITE 201
MARLTON, NJ 08053
856-667-6950
FAX 856-667-6982

May 1, 2007

**VIA E-MAIL to Eric.Stuart@ogletreedeakins.com and First Class Mail**
Eric Stuart, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10 Madison Avenue
Suite 402
Morristown, NJ 07960

        **RE:**    **International Painters and Allied Trades Industry Pension Fund v. Urban Enterprises, Inc., et al. - Civil Action No. 06-1603 (JDB)**

Dear Eric:

    I have received the Defendants' Response to Plaintiff's Request for Admissions (First Set) however the form of the Response does not fulfill the requirements of Local Rule 30.4. Local Rule 30.4 requires the response to identify and quote each request in fill immediately preceding the response.

    In addition I have not received responses to the following:

1. Plaintiff's Interrogatories (First Set) Directed to All Defendants;
2. Plaintiff's Request for Production of Documents Directed to Urban Enterprises, Inc.;
3. Plaintiff's Request for Production of Documents Directed to Rure Associates, Inc. d/b/a GSR Architectural, Inc., d/b/a GSR Architectural Windows.

    Pursuant to Rule 33(b) of the FRCP your clients must serve answers and/or objections within 33 days after the service of the interrogatories. The interrogatories were served March 7, 2007, which means any objections must have been served by April 9, 2007. Since you have not served objections to the interrogatories, any objection is waived pursuant to Rule 33(b)(4).

    Similarly, Rule 34 provides that a written response to the requests for production of documents be served within 33 days after service of the requests. The requests for production of documents were also served on March 7, 2007. As of the date of this letter I still have not received a written response to either request.


EXHIBIT D

E. Stuart, Esq.
Urban Enterprises
May 1, 2007
Page 2 of 2


    Please submit the required answers and written responses by Monday, May 7, 2007. If you do not respond by that date I will file a Motion to Compel with the court. I am trying to work out these discovery issues with you pursuant to FRCP Rule 37 and would appreciate your timely response.

                                        Sincerely,

                                          *Elizabeth Coleman*

                                          **ELIZABETH A. COLEMAN**

Urban Enterprises, et al./PTINTF.27916.c
cc:    Tom Montemore

182524-1

## John, Gloria

**From:** John, Gloria
**Sent:** Tuesday, May 01, 2007 5:33 PM
**To:** 'Eric.Stuart@ogletreedeakins.com'
**Cc:** Coleman, Elizabeth A.
**Subject:** FW: ltr Eric Stuart Re: urban enterprises

**Attachments:** John, Gloria - 05-01-07 - H3R9H89.pdf



John, Gloria - 05-01-07 - H3R9...

```
I am forwarding the attached items on behalf of Elizabeth A. Coleman.

Thanks.
Gloria John, Assistant
gjohn@jslex.com
215-351-0650-direct dial
215-922-3524-fax
Jennings Sigmond
510 Walnut Street, Suite 1600
Philadelphia, PA  19106


*******************************
This electronic transmission contains confidential and privileged information and is
intended only for the named addressee.  Any reading, use, distribution, copying or
disclosure by any person is strictly prohibited.
*******************************
ATTENTION - IRS CIRCULAR 230 DISCLOSURE
Pursuant to Treasury Regulations, any tax advice contained in this communication
(including any attachments) is not intended or written to be used, and cannot be used for
relied upon by you or any other person for the purpose of (i) avoiding penalties under the
Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any
tax advice addressed herein.

-----Original Message-----
From: John, Gloria [mailto:GJohn@JSLex.Com]
Sent: Tuesday, May 01, 2007 4:56 PM
To: John, Gloria
Subject: ltr Eric Stuart Re: urban enterprises

This document was generated by IKON
DocSend on the device #C00012360.
```