IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:06-cv-1603 (JDB) |
| URBAN ENTERPRISES, INC., *et al.* | ) ) | |
| Defendants. | ) ) | |

## STIPULATION FOR ENTRY OF CONSENT ORDER AND JUDGMENT

It is stipulated and agreed by the undersigned that the attached proposed Consent Order

and Judgment may be entered without further notice or hearing.

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>JENNINGS SIGMOND, P.C.<br>By:   /s/ Sanford G. Rosenthal<br>        Sanford G. Rosenthal<br>        Bar No. 478737<br>        The Penn Mutual Towers, 16th Floor<br>        510 Walnut Street<br>        Independence Square<br>        Philadelphia, PA 19106-3683<br>        Telephone: (215) 351-0611<br>        Facsimile:  (215)922-3524<br>        Attorney for Plaintiff<br><br><br><br>Date: June 18, 2007 | URBAN ENTERPRISES, INC.<br>and<br>RURE ASSOCIATES, INC.<br>d/b/a GSR ARCHITECTURAL, INC.<br>d/b/a GSR ARCHITECTURAL WINDOWS<br>and<br>GARY RUSSO<br><br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>By:   /s/ John R. Woodrum<br>        John R. Woodrum<br>        Bar No. 933457<br>        Fifth Floor<br>        2400 N. Street, N.W.<br>        Washington, D.C.  20037<br>        Telephone: (202) 887-0855<br>        Facsimile: (202) 887-0866<br>        Attorney for Defendants<br><br>Date: June 18, 2007 |

183266-1