IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

INTERNATIONAL PAINTERS AND ALLIED    )
TRADES INDUSTRY PENSION FUND    )
    )
            Plaintiff,    )
    )
      v.    )
    )
URBAN ENTERPRISES, INC., *et al.*    )
    )
            Defendants.    )

JUN 2 5 2007

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

CIVIL ACTION NO.
  1:06-cv-1603 (JDB)

## CONSENT ORDER AND JUDGMENT

Upon consideration of the Joint Stipulation for Entry of Consent Order and Judgment, it is ORDERED.

1.    Judgment is entered in favor of the International Painters and Allied Trades Industry Pension Fund ("Pension Fund") and against Urban Enterprises, Inc. ("Urban"), Rure Associates Inc., d/b/a GSR Architectural, Inc. d/b/a GSR Architectural Windows ("Rure"), and Gary Russo ("Individual Defendant" and together with Urban and Rure, "Defendants"), for unpaid contributions, liquidated damages, interest, late fees and attorneys' fees and costs pursuant to 29 U.S.C. §§1132(g)(2), 1145 and 26 U.S.C. §6621 in the amount of $114,819.29 ("Judgment Amount") which includes:

| | | |
|---|---|---|
| (a) | Contributions | $ 64,782.26 |
| (b) | Liquidated Damages | $ 12,956.46 |
| (c) | Interest  (through 6/15/07) | $ 9,134.72 |
| (d) | Late Fees | $ 422.70 |
| (e) | Audit Costs | $ 2,331.29 |
| (f) | Attorneys' Fees and Costs | $ 25,191.86 |

183266-1

Interest shall accrue on the Judgment Amount at the rate of 6% per annum compounded daily from June 15, 2007 to the date of payment.

2.      Defendants shall pay to the Pension Fund the principal sum of $101,440.13 ("Settlement Sum") plus interest amortized at 6% per annum compounded daily on the unpaid balance of the principal sum by submitting twenty-nine (29) successive monthly payments of $3,700.00 commencing July 15, 2007 with the final payment of $2,117.47 due on December 15, 2009.  All payments shall be amortized in accordance with the schedule attached to this Consent Order and Judgment ("Order") as Exhibit 1.  The Settlement Sum consists of:

| | | |
|---|---|---|
| (a) | Contributions | $ 64,782.26 |
| (b) | Attorneys' Fees and Costs | $ 25,191.86 |
| (c) | Audit Fee | $ 2,331.29 |
| (d) | Interest (through 6/15/07) | $ 9,134.72 |

3.      Defendants, their owners, officers, agents, servants, attorneys, and all persons acting on their behalf or in conjunction with them shall be and hereby are restrained and enjoined from failing or refusing to file complete, proper and timely remittance reports with all required contributions due and owing to the Pension Fund for all periods for which Defendants are obligated to do so in accordance with the current and any future collective bargaining agreements to which Defendants are a party to with any local union(s) affiliated with the International Painters and Allied Trades Industry.

4.      In the event Defendants fully and timely comply with the provisions of ¶2 of this Order, the Pension Fund shall accept the payments provided for in ¶2 in full settlement of the judgment entered by ¶1 above, waiving a total of $13,379.16 ("Waiver Amount") in liquidated damages and late fees.  Absent compliance, Defendants shall owe the Pension Fund the Waiver

183266-1

Amount plus interest calculated at the rate of 6% compounded daily from June 15, 2007 to the date of actual payment.

     5.     The Pension Fund is entitled to reimbursement from Defendants of all attorneys' fees and costs it incurs to enforce this Consent Order and Judgment and may apply to this Court or to the Court in which enforcement is sought for further reasonable attorneys' fees and costs. See, 29 U.S.C. §1132(g)(2) and Free v. Briody, 793 F2d. 807 (7th Cir. 1986).

     6.     The Clerk of the Court may immediately certify this Consent Order and Judgment for transfer upon the request of Plaintiff and payment of any required fee.

BY THE COURT

Dated: _June 25, 2007_

John D. Bates    J.
United States District Judge

Copies shall be sent to:

Elizabeth A. Coleman, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683

Eric C. Stuart, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10 Madison Avenue, Suite 402
Morristown, NJ 07960

183266-1